UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEPARTMENT OF LABOR AND
INDUSTRIES,

                              Plaintiff(s),

        v.

GEO SECURE SERVICES LLC,

                              Defendant(s).

CASE NO.
3:24−cv−05095−BHS

MINUTE ORDER REASSIGNING
CASE

This action has been assigned to the Honorable Benjamin H. Settle, United States District Judge. All future documents filed in this case must bear the cause number 3:24−cv−05095−BHS and bear the Judge's name in the upper right hand corner of the document.

DATED February 6, 2024

                                        Ravi Subramanian
                                        Clerk of Court

                                        By:  /s/ Gayle M Riekena
                                             Deputy Clerk