The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEPARTMENT OF LABOR AND INDUSTRIES,<br><br>                  Plaintiff,<br><br>   v.<br><br>GEO SECURE SERVICES, LLC.,<br><br>                  Defendant. | NO. 3:24-cv-05095-BHS<br><br>SECOND DECLARATION OF ANASTASIA SANDSTROM |

I, Anastasia Sandstrom, declare under the penalty of perjury under the laws of the United States that the following is true and correct.

1. I am over the age of eighteen and am otherwise competent to testify. I make these statements on personal knowledge and belief. I am the assistant attorney general assigned to represent the Department of Labor and Industries in the case against GEO Secure Services LLC (GEO).

2. L&I filed a motion for a contempt ruling on January 31, 2024 to enforce the warrant.

3. Attached are true and correct copies of the following documents:

   Ex. 1:  Secretary of Labor v. The GEO Group, Inc., OSHRC Docket No. 12-1 381, Settlement Agreement (Dec. 20, 2013)

           https://www.osha.gov/enforcement/cwsa/geo-group-inc-12202013

   Ex. 2:  Declaration of Elliott Furst

   Ex. 3:  Declaration of Eric Smith

SECOND DECLARATION OF ANASTASIA SANDSTROM
NO. 3:24-CV-05095-BHS

1

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7740

Ex. 4: Deliberately Left Blank

Ex. 5: Application for Entry Warrant

Ex. 6: Declaration for Entry Warrant

Ex. 7: Entry Warrant

Ex. 8: Declaration of Nigel Turner

Ex. 9: *In re Gen'l Sec. Servs. Corp.* No. 96 W376, 1998 WL 960837 (Bd. of Indus. Ins. Appeals 1998)

Ex. 10: GEO Inspection History (part 1)

Ex. 11: GEO Inspection History (part 2)

Ex. 12: GEO Inspection History (part 3)

Ex. 13: Excerpts of 2015 GEO contract

Ex. 14: Letter about Suspension of Detainee Work Program

Ex. 15: Declaration of Amanda Soleil Maria Muñiz

Ex. 16: Excerpts of Performance-Based National Detention Standards 2011

DATED this 15th day of February, 2024 in Seattle, Washington.

ROBERT W. FERGUSON
Attorney General

*/s/ A. Sandstrom*

ANASTASIA SANDSTROM
Senior Counsel, WSBA No. 24163
Attorney for Plaintiff