Deliberately left blank

(No Exhibit 4)