# EXHIBIT 5

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

In Re:
**GEO Secure Services LLC**
**1623 East J Street**
**Tacoma, WA 98421**

**INSPECTION 317977630**

NO. _____

APPLICATION FOR SAFETY AND HEALTH INSPECTION ENTRY WARRANT PURSUANT TO THE WASHINGTON INDUSTRIAL SAFETY AND HEALTH ACT

The Department of Labor and Industries of the State of Washington (Department), by and through its designated representative, compliance industrial safety and health investigators (CISHI) Eric Smith and Matthew Williams, requests the issuance of a safety and health inspection entry warrant pursuant to the Washington Industrial Safety and Health Act, ch. 49.17 RCW (WISHA).

This inspection entry warrant application is made pursuant to RCW 49.17.070, RCW 49.17.075 and RCW 70.395, and applies to the jobsite of **GEO Secure Services LLC** located at **1623 East J Street, Tacoma, WA 98421** (the Jobsite). An inspection entry warrant is necessary to allow the Department to perform an inspection at the Jobsite based on the reasonable belief that workers at the Jobsite are being or have been exposed to one or more hazards because of a violation of Washington's safety and health standards, and that such workers are or have been in danger of serious injury or death.

APPLICATION FOR WISHA
SAFETY AND HEALTH
INSPECTION ENTRY WARRANT

1

WASHINGTON STATE DEPARTMENT OF
LABOR & INDUSTRIES
950 Broadway Suite 200
Tacoma, WA 98402
253-596-3878

Exhibit 5, Page 1 of 2

Additionally, on May 11, 2023, the Washington State Legislature passed RCW 70.395, An Act Relating to Private Detention Facilities. RCW 70.395.050 (4) provides:

> Inspections-Delegation-Rules-Enforcement
>
> (4) The Department of Labor and Industries shall conduct routine, unannounced inspections of workplace conditions at private detention facilities, including work undertaken by detained persons.

This inspection is mandated by RCW 70.395.050 (4). And, this is the first inspection conducted pursuant to the above statute.

The underlying facts establishing grounds for issuance of an inspection entry warrant are set out in the accompanying declaration of **CISHI Eric Smith and Matthew Williams.**

DATED this 29 day of December, 2023.

*Cindy Sims*
Cindy Sims
Department of Labor & Industries
Division of Occupational Safety
And Health

APPLICATION FOR WISHA
SAFETY AND HEALTH
INSPECTION ENTRY WARRANT

2

WASHINGTON STATE DEPARTMENT OF
LABOR & INDUSTRIES
950 Broadway Suite 200
Tacoma, WA 98402
253-596-3878

Exhibit 5, Page 2 of 2