# EXHIBIT 7

```
                                          FILED
                                IN COUNTY CLERK'S OFFICE

                                       JAN 0 4 2024

                                  PIERCE COUNTY, WASHINGTON
                                 CONSTANCE R. WHITE, County Clerk
                                 BY_____ DEPUTY
```

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE**

In Re:

WASHINGTON STATE
DEPARTMENT OF LABOR &
INDUSTRIES
950 Broadway, Suite 200, Tacoma, WA
98402

NO 24 1 50028

WISHA SAFETY AND HEALTH
INSPECTION ENTRY WARRANT

TO:     GEO Secure Services LLC; it's Principals, Manager, Operator, or Agent in charge;

AND TO:

WHEREAS, the Director of the Department of Labor and Industries of the State of Washington (Department), by and through its designated representative, compliance industrial safety and health investigator (CISHI) Eric Smith, has applied for a safety and health inspection entry warrant authorizing him or his authorized representative(s) to conduct a safety and health inspection of the workplace of GEO Secure Services LLC, located at 1623 East J Street, Tacoma, WA 98421; and

WHEREAS, it appearing that probable cause exists for the issuance of said warrant;

WISHA SAFETY AND HEALTH
INSPECTION ENTRY WARRANT

1

WASHINGTON STATE DEPARTMENT OF
LABOR & INDUSTRIES
950 Broadway Suite 200
Tacoma, WA 98402
253-596-3878

Exhibit 7, Page 1 of 4

NOW THEREFORE, by the authority of this Court of the State of Washington, you are hereby commanded to allow entry into the workplace of GEO Secure Services LLC specified above, during regular working hours, or at other reasonable times, to allow the conducting therein of a safety and health inspection for the purpose of ascertaining and causing to be corrected any conditions presenting safety or health hazards to employees of GEO Secure Services LLC, under chapter 49.17 Revised Code of Washington (RCW), chapter 70.395 RCW and Title 296 of the Washington Administrative Code (WAC).

Specifically, you are commanded to allow the Director or his/her authorized representative to perform the following functions:

1. Inspect, survey and investigate all pertinent conditions, structures, machines, apparatus, devices, equipment, and materials.
2. To privately question any employer, owner, operator, agent, or employee for the purpose of obtaining data necessary to determine compliance with chapter 49.17 RCW, chapter 70.395 RCW, and Title 296 WAC.
3. Take photographs, video tapes, audio tapes, samples and any other tests necessary to record or evaluate the safety and health conditions at the workplace.
4. Obtain copies of all pertinent documentation, including, but not limited to: accident prevention program, hazard communication program, personal protective equipment (PPE) hazard assessment, safety committee meeting records, and employee training records.
5. [Identify any other pertinent or necessary inspection activities here]

The Director of the Department, or his/her representative, shall execute this warrant within ten (10) days from the date issued and shall promptly return this warrant to the issuing court.

WISHA SAFETY AND HEALTH
INSPECTION ENTRY WARRANT

2

WASHINGTON STATE DEPARTMENT OF
LABOR & INDUSTRIES
950 Broadway Suite 200
Tacoma, WA 98402
253-596-3878

Exhibit 7, Page 2 of 4

1  The Director, or his/her representative, shall serve a copy of this warrant at the time of
2  authorized entry, upon an owner, agent, or representative of GEO Secure Services LLC.
3  //
4  //
5  //
6  //
7  //

WISHA SAFETY AND HEALTH
INSPECTION ENTRY WARRANT

3

WASHINGTON STATE DEPARTMENT OF
LABOR & INDUSTRIES
950 Broadway Suite 200
Tacoma, WA 98402
253-596-3878

Exhibit 7, Page 3 of 4

THIS SAFETY AND HEALTH ENTRY WARRANT IS AN ORDER OF THE COURT. FAILURE TO HONOR THIS WARRANT MAY RESULT IN PUNISHMENT FOR CONTEMPT OF COURT.

12-29-2023
DATE

[Judge's signature]
JUDGE'S SIGNATURE

9:20 AM
TIME ISSUED (A.M.)(P.M.)

GANGLE E JOHNSON
Type or Print Judge's Name

WISHA SAFETY AND HEALTH
INSPECTION ENTRY WARRANT

4

WASHINGTON STATE DEPARTMENT OF
LABOR & INDUSTRIES
950 Broadway Suite 200
Tacoma, WA 98402
253-596-3878

Exhibit 7, Page 4 of 4