# EXHIBIT 10

## View Employer History Details

### Enforcement Search Results: 3 records

Enforcement - UBI 601791682/Account 11084300

Total Records = 3

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 316968742 Complaint | 03 | GEO GROUP INC Northwest Detention Center - The GEO Group Inc | 03/07/2014 03/07/2014 | | No | No | | No | Health | |
| 313921512 **Referral** | 03 | **GEO GROUP INC (THE) NORTHWEST DETENTION CENTER THE** | **02/11/2010 02/12/2010** | **02/15/2010** | **No** | **No** | | **No** | **Safety** | **2/25/2010** |
| **313593175 Referral** | 03 | **GEO GROUP INC (THE) NORTHWEST DETENTION CENTER/THE** GEO GROUP INC | **08/05/2009 09/28/2009** | **10/08/2009** | **Yes** | **No** | **10/26/2009 BIIA** | **No** | **Health** | **09/29/2010** |

### Consultation Search Results: 0 records

### Risk Management Search Results: 0 records

### Discrimination Search Results: 0 records

**Exhibit 10, Page 1 of 1**