# EXHIBIT 11

# View Employer History Details

## Enforcement Search Results: 8 records

Enforcement - UBI 603274879/Account 1084303

Total Records = 8

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 317977629 Referral | 03 | GEO SECURE SERVICES LLC | | | No | No | | No | Safety | |
| 317977630 Referral | 03 | GEO SECURE SERVICES LLC | | | No | No | | No | Health | |
| 209485672 Complaint | 03 | GEO SECURE SERVICES LLC | | | No | | | No | Safety | |
| 209485615 Complaint | 03 | GEO SECURE SERVICES LLC | | | No | | | No | Safety | |
| 317956597 Complaint | 03 | GEO SECURE SERVICES LLC | 05/20/2022 07/07/2022 | 07/15/2022 | No | No | | No | Health | 7/15/2022 |
| 317965491 Referral | 03 | GEO CORRECTIONS & DETENTION | 09/01/2021 01/28/2022 | 02/16/2022 | Yes | No | 03/14/2022 Department | No | Safety | 04/15/2022 |
| 317960504 Referral | 03 | GEO CORRECTIONS & DETENTION | 09/25/2020 12/22/2020 | 02/19/2021 | Yes | No | 03/11/2021 BIIA | No | Health | 08/17/2022 |
| 317959381 Complaint | 03 | GEO CORRECTIONS & DETENTION | 04/29/2020 08/21/2020 | 09/24/2020 | Yes | No | 10/13/2020 BIIA | No | Safety | 08/17/2021 |

Discrimination Search Results: 0 records

Consultation Search Results: 0 records

Risk Management Search Results: 0 records

wisha.apps-inside.lni.wa.gov/WIN/RPT_WebLayer/RPTViewEmployerHistoryDetail.aspx?UBI=603274879&Account=1084303&DBAName=GEO+SECURE+SERVICES+LLC

1/1

**Exhibit 11, Page 1 of 1**