# EXHIBIT 12

View Employer History Details

Enforcement Search Results: 1 records

Enforcement - UBI 601791682/Account 11084304

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 209482736 Complaint | 03 02 | THE GEO GROUP INC GEO INC | | | No | No | | No | Safety | |

Total Records = 1

Consultation Search Results: 0 records

Risk Management Search Results: 0 records

Discrimination Search Results: 0 records

View Employer History Details

**Exhibit 12, Page 1 of 1**