The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

NO. 3:24-cv-05029-BHS

STATE OF WASHINGTON,
DEPARTMENT OF HEALTH,

                Plaintiff,

    v.

THE GEO GROUP, INC.,

                Defendant.

---

NO. 3:24-cv-05095-BHS

DEPARTMENT OF LABOR AND
INDUSTRIES,

                Plaintiff,

    v.

GEO SECURE SERVICES, LLC;
THE GEO GROUP, INC.,

                Defendants.

Case Nos. 3:24-cv-05029-BHS,
       3:24-cv-05095-BHS

[PROPOSED] ORDER
GRANTING JOINT MOTION TO
CONSOLIDATE CASES

NOTE ON MOTION CALENDAR:
MARCH 15, 2024

The Washington State Department of Labor and Industries (L&I) and the Washington State Department of Health (DOH) moved to consolidate the two cases captioned above. The

[PROPOSED] ORDER GRANTING JOINT
MOTION TO CONSOLIDATE CASES
NO. 3:24-cv-05029-BHS
NO. 3:24-cv-05095-BHS

1

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

Court finding itself fully informed, and for good cause shown, hereby GRANTS DOH's and L&I's joint motion to consolidate cases.

These cases are hereby CONSOLIDATED under cause number No. 3:24-cv-05029-BHS, the number assigned to the first filed case. The case schedule in No. 3:24-cv-05095-BHS will be adopted.

Dated this _____ day of March 2024.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Ellen Range*
ELLEN RANGE, WSBA No. 51334
Assistant Attorney General
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov
*Counsel for L&I and DOH*

ANASTASIA SANDSTROM, WSBA No. 24163
Senior Counsel
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
(206) 464-7740
Anastasia.Sandtrom@atg.wa.gov
*Counsel for L&I*

MARSHA CHIEN, WSBA No. 47020
CRISTINA SEPE, WSBA No. 53609
Deputy Solicitors General
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Marsha.Chien@atg.wa.gov
Cristina.Sepe@atg.wa.gov
*Counsel for DOH*

[PROPOSED] ORDER GRANTING JOINT
MOTION TO CONSOLIDATE CASES
NO. 3:24-cv-05029-BHS
NO. 3:24-cv-05095-BHS

2

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

ANDREW HUGHES, WSBA No. 49515
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Andrew.Hughes@atg.wa.gov
*Counsel for DOH*

LISA KELLEY CHRISTENSEN, WSBA No. 21240
Assistant Attorney General
7141 Cleanwater Drive SW
Olympia, WA 98501-6503
(360) 586-7879
Lisa.Kelley@atg.wa.gov
*Counsel for DOH*

Copy to:

Harry J.F. Korrell, III, WSBA 23173
John Hodges-Howell, WSBA 42151
Davis Wright Tremaine LLP
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104
*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING JOINT
MOTION TO CONSOLIDATE CASES
NO. 3:24-cv-05029-BHS
NO. 3:24-cv-05095-BHS

3

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740