# EXHIBIT 2

## BOARD OF INDUSTRIAL INSURANCE APPEALS
## OF THE STATE OF WASHINGTON

| | |
|---|---|
| In re: GEO CORRECTIONS & DETENTION, INC. | Docket No. 14 W1452 |
| Citation & Notice No. 316977552 | AGREEMENT OF PARTIES |

The Parties in this matter, GEO CORRECTIONS & DETENTION, INC. (Employer), by and through its attorney, JOAN K. MELL, and the DEPARTMENT OF LABOR AND INDUSTRIES (Department), by and through its attorney, W. MARTIN NEWMAN, hereby enter into the following agreement for the sole purpose of allowing the BOARD OF INDUSTRIAL INSURANCE APPEALS (Board) to enter a Board Order on Agreement of Parties. The parties agree as follows:

1. The Parties request that the Board remand Corrective Notice of Redetermination No. 316977552 to the Department for further reconsideration.

2. There are no unions involved; therefore, the Employer agrees to post a copy of the Notice to Employees of Proposed Agreement, at each establishment to which this Agreement applies, in a conspicuous place or places where notices to employees are customarily posted, for a period of 10 days before it is filed with the Board of Industrial Insurance Appeals.

DATED: 9/4/15

DEPARTMENT OF LABOR AND INDUSTRIES

_[signature]_

W. MARTIN NEWMAN
Assistant Attorney General
WSBA No. 36768

DATED: 8-31-15

GEO CORRECTIONS & DETENTION, INC.

_[signature]_

JOAN K. MELL
Attorney for Employer
WSBA No. 21319

AGREEMENT OF PARTIES    1