# EXHIBIT 1



## View Employer History Details

### Enforcement Search Results: 1 records

Enforcement - UBI 601791682/Account 11084304

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 209485736 Complaint | 03 02 | THE GEO GROUP INC GEO INC | | No | No | No | | No | Safety | |

Total Records = 1

### Consultation Search Results: 0 records

### Risk Management Search Results: 0 records

### Discrimination Search Results: 0 records

## View Employer History Details

### Enforcement Search Results: 3 records

Enforcement - UBI 601791682/Account 11084300

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 316968742 Complaint | 03 | GEO GROUP INC Northwest Detention Center - The GEO Group Inc | 03/07/2014 03/07/2014 | | No | No | | No | Health | |
| 313921512 Referral | 03 | GEO GROUP INC (THE) NORTHWEST DETENTION CENTER THE | 02/11/2010 02/12/2010 | 02/25/2010 | No | No | | No | Safety | 2/25/2010 |
| 313393175 Referral | 03 | GEO GROUP INC (THE) NORTHWEST DETENTION CENTER/THE GEO GROUP INC | 08/05/2009 09/28/2009 | 10/08/2009 | Yes | No | 10/26/2009 BIIA | No | Health | 09/29/2010 |

Total Records = 3

### Consultation Search Results: 0 records

### Risk Management Search Results: 0 records

### Discrimination Search Results: 0 records

**Exhibit 1, Page 1 of 4**

## View Employer History Details

### Enforcement Search Results: 1 records

Enforcement - UBI 601791682/Account 11084304

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 205485736 Complaint | 03 02 | THE GEO GROUP INC GEO INC | | | No | No | | No | Safety | |

Total Records = 1

### Consultation Search Results: 0 records

### Risk Management Search Results: 0 records

### Discrimination Search Results: 0 records

## View Employer History Details

### Enforcement Search Results: 1 records

Enforcement - UBI 602783195/Account 11084301

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 203255138 Referral | 03 03 | GEO TRANSPORT INC GEO TRANSPORT INC | | | No | No | | No | Health | |

Total Records = 1

### Consultation Search Results: 0 records

### Risk Management Search Results: 0 records

### Discrimination Search Results: 0 records

**Exhibit 1, Page 2 of 4**

## View Employer History Details

### Enforcement Search Results: 8 records

Enforcement - UBI 603274879/Account 11084303

Total Records = 8

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 317977629 Referral | 03 | GEO SECURE SERVICES LLC | | | No | No | | No | Safety | |
| 317977630 Referral | 03 | GEO SECURE SERVICES LLC | | | No | No | | No | Health | |
| 209485672 Complaint | 03 | GEO SECURE SERVICES LLC | | | No | No | | No | Safety | |
| 209485615 Complaint | 03 | GEO SECURE SERVICES LLC | | | No | No | | No | Safety | |
| 317968697 Complaint | 03 | GEO CORRECTIONS & DETENTION LL | 05/20/2022 07/07/2022 | 07/15/2022 | No | No | | No | Health | 7/15/2022 |
| 317965491 Referral | 03 | GEO CORRECTIONS & DETENTION | 09/01/2021 01/28/2022 | 02/16/2022 | Yes | No | 03/14/2022 Department | No | Safety | 04/15/2022 |
| 317960904 Referral | 03 | GEO CORRECTIONS & DENTENTION | 09/25/2020 12/22/2020 | 02/19/2021 | Yes | No | 03/11/2021 BIIA | No | Health | 08/17/2022 |
| 317959381 Complaint | 03 | GEO SECURE SERVICES LLC GEO CORRECTIONS & DENTENTION | 04/29/2020 08/21/2020 | 09/24/2020 | Yes | No | 10/13/2020 BIIA | No | Safety | 08/17/2021 |

### Consultation Search Results: 0 records

### Risk Management Search Results: 0 records

### Discrimination Search Results: 0 records

**Exhibit 1, Page 3 of 4**

## View Employer History Details

### Enforcement Search Results: 1 records

Enforcement - UBI 602956389/Account 26012300

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 316970268 Complaint | 03 03 | NORTHWEST DETENTION CENTER ROUNDTABLE NWDC ROUNDTABLE | 03/11/2014 03/11/2014 | | No | No | | No | Health | |

Total Records = 1

### View Employer History Details

### Enforcement Search Results: 1 records

Enforcement - UBI 603281420/Account 26212400

| Activity / Type | Site / CSHO Region | Legal / DBA Name | Opening / Closing Conference | Citation Issued | Violations | Samples | Appeal Received / Level | Settlement Agreement | Safety or Health | Final Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 316977552 Complaint | 03 02 | GEO CORRECTIONS & DETENTION INC GEO CORRECTIONS & DETENTION I | 03/11/2014 03/28/2014 | 04/28/2014 | Yes | No | 05/06/2014 BIIA | No | Health | 10/26/2015 |

Total Records = 1

### Consultation Search Results: 0 records

### Risk Management Search Results: 0 records

### Discrimination Search Results: 0 records

**Exhibit 1, Page 4 of 4**