# EXHIBIT 2

# Enforcement Case File Information

Referral Information • Inspection Information • Attachments • Violation Information • Case File Checkout Card • View ARC • Citation • Summary Report • Letters

## Enforcement Referral Information

| Referral # | Inspection Number / Program | UBI / Bus Loc | Account ID / Site Region |
|---|---|---|---|
| 202911004 | 313393175 / Health | 601791682 / 995971 | 11084300 / 03 |

| CSHO ID / CSHO Name | | CSHO Region | OSHA Referral Number |
|---|---|---|---|
| U6949 / LEO MELENDEZ-FIGUEROA | | 03 | |

| Primary SIC/NAICS | Primary SIC/NAICS Description |
|---|---|
| 9223 / 922140 | CORRECTIONAL INSTITUTIONS / CORRECTIONAL INSTITUTIONS |

| Site Address | Mailing Address |
|---|---|
| NORTHWEST DETENTION CENTER/THE GEO GROUP INC<br>1623 E J St<br>Tacoma, WA 98421 | NORTHWEST DETENTION CENTER/THE GEO GROUP INC<br>Attn Kathy Chiarello<br>The Geo Group Inc<br>621 NW 53rd St Ste 70<br>Boca Raton, FL 33487 |

### List of Sources

| Source Name | Source Type | Last Letter/Email Sent | Date Sent | Phone | Email |
|---|---|---|---|---|---|
| Anonymous, Anonymous | Other | | | | |

### Employer Referral Letters

No Employer Letters Found

| Type of Business | Type of Activity | Hospitalization |
|---|---|---|
| jail | Referral | No |

### Description and Location of Hazard

Officers exposed to detainees who may have contagious diseases, including TB, chicken pox and swine flu. Employees are not informed and enter isolation cells without protective equipment that medical staff use when they enter same isolation cells.

| Received By | Assigned To | Assigned Supervisor | Date-Time Received |
|---|---|---|---|
| email | U6949 LEO MELENDEZ-FIGUEROA | R2947 MATTHEW LUDWICK | 6/30/2009 - 11:45 AM |

| Case Received Date | Inspection Planned | Number of Days | Send Letter |
|---|---|---|---|
| 10/5/2009 | Yes | 30 | No |

| Inspect By | Reason No Inspection |
|---|---|
| 8/12/2009 | |

| Evaluated By | Severity | Migrant Farm Camp | Emphasis Information |
|---|---|---|---|
| O9123 DONALD LOFGREN | Serious | No | |

| Transfer To Name | Date of Transfer | Transfer To | Reporting ID/Code |
|---|---|---|---|
| | | | |

### Transfer Comment

Exhibit 2, Page 1 of 16

## Enforcement Inspection Information *Top*

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number | Special Tracking |
|---|---|---|---|---|
| 313393175 / Health | 202911004 | 601791682 / 995971 | 11084300 | |

| Establishment DBA / Legal Name | Legal Entity | Assignment Type | Site Region | Inspection Scope |
|---|---|---|---|---|
| NORTHWEST DETENTION CENTER/THE GEO GROUP INC / GEO GROUP INC (THE) | Corporation | Referral | 03 | Partial |

| CSHO ID / CSHO Name | CSHO Region | Target List / Rank | On List | OSHA Inspection Number |
|---|---|---|---|---|
| U6949 / LEO MELENDEZ-FIGUEROA | 03 | None | N | |

| Primary SIC/NAICS | Primary SIC/NAICS Description |
|---|---|
| 9223 /  922140 | CORRECTIONAL INSTITUTIONS /  CORRECTIONAL INSTITUTIONS |

| Site SIC/NAICS | Site SIC/NAICS Description |
|---|---|
| 9223 /  922140 | CORRECTIONAL INSTITUTIONS /  CORRECTIONAL INSTITUTIONS |

| Site Address | Mailing Address |
|---|---|
| NORTHWEST DETENTION CENTER/THE GEO GROUP INC<br>1623 E J St<br>Tacoma, WA 98421<br>Phone: (253) 396-1611 | NORTHWEST DETENTION CENTER/THE GEO GROUP INC<br>Attn Kathy Chiarello<br>The Geo Group Inc<br>621 NW 53rd St Ste 70<br>Boca Raton, FL 33487<br>Phone: (561) 999-7357 |

### Representatives

| Name | Title | Participation | Type | Email |
|---|---|---|---|---|
| George Wiggin | Warden | No Participation | Management Official | |
| Jason Sadler | Assistant Warden | Opening Conference, Closing Conference | Management Official | |
| Bill McHatton | Compliance Mger | Opening Conference, Walk-Around, Closing Conference | Management Official | bmchatton@geogroup.com |
| Steve Hocke | Fire & Safety Mger. | Opening Conference, Walk-Around, Closing Conference | Employer Rep. | |
| Michelle Ziegwied | HR Specialist | Opening Conference, Closing Conference | Employee Rep. | mziegwied@geogroup.com |
| Kathy Lopez | Training Manager | Closing Conference | Employer Rep. | |

### Related Activities

| OSHA Number | Type |
|---|---|
| 202911004 | Referral |

| Advance Notice | Opening Conference Date/Time | Site SIC/NAICS | Type of Operation |
|---|---|---|---|
| No | 8/5/2009  - 9:30 AM | 9223 /  / 922140 | 9833/922140 |
| **Inspection Type** | **Days Site Visited** | **Inspection Scope** | **Reason No Inspection** |
| Referral | 2 | Partial | |

| Asbestos Certifications | | | |
|---|---|---|---|
| No Certifications Found | | | |
| **Source for Programmed** | **National Emphasis Program** | **Special Tracking Information** | **Cranes** |
|  |  |  |  |
| **Multi-Employer: Inspection that initiated the stop** | **Focused Inspection: Controlling Employer** | **Focused Inspection: Sub-Contractors** | **Employers On Site** |
|  | No | No |  |
| **Immediate Restraint** | **Red Tag Number** | **Union** | **Hospitalization** |
| No |  | No | No |
| **Employees On Site** | **Employees Covered By Inspection** | **Employees Controlled Nationwide** | |
| 212 | 164 | 212 | |
| **Employee Participation** | **Closing Conference Date/Time** | **Citation Issued/Date** | **Case Received Date** |
| Interviewed | 9/28/2009 | Yes  10/8/2009 | 10/5/2009 |
| **Citation Sent Date** | **Citation Delivery Status** | **Citation Delivery Status Date** | |
| 10/8/2009 | DELIVERED | 10/15/2009 | |

**Citation and Notice Messages**

| Route to P&TS | Reason | Other Reason | |
|---|---|---|---|
| No | | | |
| **Anticipatory Warrant/ Subpoena Served** | **Non-Anticipatory Warrant/ Subpoena Served** | **Date Denied** | **Date Re-entered** |
| None | None | | |
| **CSHO Approved Date / CSHO Approved** | **CSHO Supervisor** | **Supervisor Approved Date / Supervisor Approved** | **Send C & N?** | **Case Closed Date** |
| 9/29/2009  / U6949 LEO MELENDEZ-FIGUEROA | R2947 MATTHEW LUDWICK | 9/29/2009  / T2119 SUSAN RUE | Yes | 12/15/2010 |

**Inspection Summary**

## OSHA 300 Information

| Year | OSHA 300 Data | OSHA Log Information | Hours Worked By All Employees | Annual Average Number of Employees | DART Rate | |
|---|---|---|---|---|---|---|
|  | Not Available |  |  |  | 0.0 | View |

## Letters - Case                                                                                         *Top*

| Description | Create Date | View |
|---|---|---|
| Citation | 10/6/2009 | *View* |

## Letters - Employer                                                                                     *Top*

| Name of Letter | Description | Create Date | View |
|---|---|---|---|

*There are no employer letters.*

## Letters - Source                                                                                       *Top*

| Name of Letter | Description | Create Date | View |
|---|---|---|---|

*There are no source letters.*

## Attachments - Inspection Report                                                                        *Top*

| Description | Notes | Create Date | View |
|---|---|---|---|

*There are no attachments for this inspection.*

## Attachments - Confidential

| Description | Notes | Create Date | View |
|---|---|---|---|

*There are no attachments for this inspection.*

## Enforcement Violation Information    *Top*

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number |
|---|---|---|---|
| 313393175 / Health | 202911004 | 601791682 / 995971 | 11084300 |

| Establishment DBA / Legal Name | Assignment Type / Site Region | CSHO / CSHO Region |
|---|---|---|
| NORTHWEST DETENTION CENTER/THE GEO GROUP INC / GEO GROUP INC (THE) | Referral / 03 | U6949 LEO MELENDEZ-FIGUEROA / 03 |

| Violation | Item | Group | Type | Standard | Penalty | Instances | Abatement Days/Date | Date Corrected | Quick Fix |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 |  | S | 296-800-14005 | 2,000.00 | 1 | 11/10/2009 |  | No |
| 1 | 2 |  | S | 296-842-15005(1)(b) | 2,000.00 | 1 | 11/10/2009 |  | No |
| 1 | 3 |  | S | 296-842-16005(4)(b) | 2,000.00 | 1 | 11/10/2009 |  | No |
| 1 | 4 |  | S | 296-800-11045 | 4,000.00 | 1 | 11/10/2009 |  | No |
| 2 | 1 |  | G | 296-823-11010 | 0.00 | 1 | 11/10/2009 |  | No |
| 2 | 2 |  | G | 296-800-13020(1) | 0.00 | 1 | 11/10/2009 |  | No |

Total Penalty: $10,000.00

Exhibit 2, Page 5 of 16

| Inspection Number / Program | UBI / BusLoc | CSHO ID / CSHO Region |
|---|---|---|
| 313393175 / Health | 601791682 / 995971 | U6949 / LEO MELENDEZ-FIGUEROA / 03 |
| **Triggering Activity** | **Account Number** | **Assignment Type / Site Region** |
| 202911004 | 11084300 | Referral / 03 |

| Violation # | Item # | Group | Standard Violated | |
|---|---|---|---|---|
| 1 | 1 | | 296-800-14005 | |
| **Type** | **Number of Instances** | **Number of Workers Exposed** | **Related Event Code** | **Related Violation Inspection #** |
| S | 1 | 164 | | |
| **Abatement # of Days/Date** | **Immediate Restraint** | **Egregious** | **Substance** | **Abatement Documents Required** |
| 11/10/2009 | No | No | | No |
| **Date Corrected** | **Complied During Inspection** | **Date Verified** | **How Verified** | **Date/Time Violation Identified** |
| | No | | | 8/5/2009 10:00 AM |
| **Statutory Penalty** | **Asbestos Good Faith** | **Asbestos # of Days** | **Severity** | **Probability** |
| No | No | | 5 | 2 |
| **Gravity** | **Gravity Based Penalty** | **Faith Code/Adj** | **Size Code/Adj** | **History Code/Adj** |
| 10 | 2500.00 | Average 0.00 | 101-250 -500.00 | Average 0.00 |
| **Adjusted Subtotal** | **Calculated Base** | **Adjusted Base** | **Base Applied** | **Factor Type/Number** |
| -500.00 | 2,000.00 | 2,000.00 | 2,500.00 | None |
| **Calculated Penalty** | | | | **Assessed Penalty** |
| 2,500.00 | | | | 2,000.00 |

| | |
|---|---|
| **AVD** | The employer did not develop a written Accident Prevention Plan (APP) specifically tailored to the needs of the workplace operations.<br>Cited for not developing a site specific APP tailored to the needs of the workplace operations.<br><br>The written APP must contain the following:<br>1. A safety orientation program describing the employers safety program.<br>2. How, when and where to report injuries, including instructions as to the location of first-aid facilities.<br>3. How to report unsafe conditions and practices.<br>4. The use and care of personal protective equipment (PPE.)<br>5. The proper actions to take in the event of emergencies including the routes of exit.<br>6. Identification of hazardous materials and actions to be taken following accidental exposure.<br>7. A description of the employer's total safety program.<br>8. An on-the-job review of the practices necessary to perform the initial job assignments in a safe manner.<br>9. Employee participation in safety meetings.<br>10. Machine Safety program.<br><br>Employees may be exposed to biological hazards when transporting and handling detainees. |
| **Message** | |

| | |
|---|---|
| **How Complied** | |
| **Violation Summary Text** | |
| **Documentation** | What was the hazard and location? Employees exposed to biological hazards when working with detainees. Maintenance employees potentially exposed to electrical and machine tools hazards.<br><br>What were the applicable measurements or exposure data? (Make, Model, Serial Number, Height, Etc.) No APP available at the time of inspection. Employer has a policy but not in compliance with code. Inspector observed operations in which employees works in the detention center and transport detainees to health clinic areas. There are other industrial maintenance operations where employees may be exposed to electrical and machine operation hazards.<br><br>How are employees exposed to the hazard? Lack of employer current guidelines and instructions to prevent injuries or illness of the overall GEO Group policies.<br><br>How long has the hazard existed? At least a year.<br><br>Employee Exposure Information: (Name and Job Title)<br>Austin Cook, Property Officer<br>Keith McGee, Detention Officer<br>Nathaniel Rogers, Custody Officer<br><br>What did employee(s) say about this violation/hazard? Not aware of the hazard.<br><br>What did management say about this violation/hazard? Mr. McHatton stated that they had a safety policy. He admitted that they do need to develop an APP. |
| **Severity** | Severity 5: Employees exposed to OPIM and machine tool hazards. |
| **Probability** | Frequency of exposure/number of employees exposed: daily<br>Employee proximity to the hazard: May transport detainees with active tuberculosis cases<br>Employee skill level: High from annual training<br>Employee awareness of the hazard: High<br>Pace/speed/nature of task/work:<br>Use of personal protective equipment: N95 respirators, Gloves.<br>Other mitigating factors:Workers not fit tested annually for respirator usage |
| **Good Faith** | The employer's awareness of the Act: Yes.<br>Were efforts made to comply with safety standards before the inspection? No.<br>Did the employer promptly abate violations during the inspection? No.<br>The employer's cooperation/attitude during the inspection: Good.<br>The employer's overall attempts to implement safety and health in the workplace: Average. Provided PPE. Lack of Annual respirator fit testing. |
| **History** | Previous inspection history: No previous inspections.<br><br>Incident history:<br>EXPR CXPR<br>1.0170 1.0170 |
| **Photos** | No | **Photos** | |
| **Photo List** | |

| Inspection Number / Program | UBI / BusLoc | CSHO ID / CSHO Region |
|---|---|---|
| 313393175 / Health | 601791682 / 995971 | U6949 / LEO MELENDEZ-FIGUEROA / 03 |
| **Triggering Activity** | **Account Number** | **Assignment Type / Site Region** |
| 202911004 | 11084300 | Referral / 03 |

| Violation # | Item # | Group | Standard Violated | |
|---|---|---|---|---|
| 1 | 2 | | 296-842-15005(1)(b) | |
| **Type** | **Number of Instances** | **Number of Workers Exposed** | **Related Event Code** | **Related Violation Inspection #** |
| S | 1 | 164 | | |
| **Abatement # of Days/Date** | **Immediate Restraint** | **Egregious** | **Substance** | **Abatement Documents Required** |
| 11/10/2009 | No | No | | No |
| **Date Corrected** | **Complied During Inspection** | **Date Verified** | **How Verified** | **Date/Time Violation Identified** |
| | No | | | 8/5/2009 2:00 PM |
| **Statutory Penalty** | **Asbestos Good Faith** | **Asbestos # of Days** | **Severity** | **Probability** |
| No | No | | 5 | 2 |
| **Gravity** | **Gravity Based Penalty** | **Faith Code/Adj** | **Size Code/Adj** | **History Code/Adj** |
| 10 | 2500.00 | Average 0.00 | 101-250 -500.00 | Average 0.00 |
| **Adjusted Subtotal** | **Calculated Base** | **Adjusted Base** | **Base Applied** | **Factor Type/Number** |
| -500.00 | 2,000.00 | 2,000.00 | 2,500.00 | None |
| **Calculated Penalty** | | | | **Assessed Penalty** |
| 2,500.00 | | | | 2,000.00 |
| **AVD** | Employer did not conduct fit testing at no cost at least every twelve months after initial testing when employees were assigned duties that required the use of respirators. Cited because annual fit testing was not provided to workers who were required to use respirators when performing detainees custodial operations. | | | |
| **Message** | | | | |
| **How Complied** | | | | |
| **Violation Summary Text** | | | | |
| **Documentation** | What was the hazard and location? Employees required to use respirator for respiratory protection from potentially infections diseases do not have the required annual fit testing to ensure protection at GEO Group Northwest Detention Center. What were the applicable measurements or exposure data? (Make, Model, Serial Number, Height, Etc.) Inspector reviewed employer records and the required annual fit-testing was not performed by employer. How are employees exposed to the hazard? Lack of proper fit-testing may exposed employees to potentially infections diseases. How long has the hazard existed? More than one year. Two of the employees has worked for the employer for 2 years and one employees with the employer at least 5 years. Employee Exposure Information: (Name and Job Title) See Citation 1-1. What did employee(s) say about this violation/hazard? Employees stated that they received fit testing when at their initial job assignment.. | | | |

| | |
|---|---|
| | What did management say about this violation/hazard? Mr. McHatton acknowledged closing that they have not provided annual fit testing. |
| Severity | Severity 5:Exposure to tuberculosis bacteria carries the risk of long term cummulative adverse health effects to the lungs and pleural lining. Employees maybe expose to OPIM. |
| Probability | Frequency of exposure/number of employees exposed: daily<br>Employee proximity to the hazard: May transport detainees with active tuberculosis cases<br>Employee skill level: High from annual training<br>Employee awareness of the hazard: High<br>Pace/speed/nature of task/work:<br>Use of personal protective equipment: N95 respirators<br>Other mitigating factors:Workers not fit tested annually for respirator usage |
| Good Faith | The employer's awareness of the Act: Yes.<br>Were efforts made to comply with safety standards before the inspection? No.<br>Did the employer promptly abate violations during the inspection? No.<br>The employer's cooperation/attitude during the inspection: Good.<br>The employer's overall attempts to implement safety and health in the workplace: Average. Provided PPE. Lack of Annual respirator fit testing. |
| History | Previous inspection history: No previous inspections.<br><br>Incident history:<br>EXPR CXPR<br>1.0170 1.0170 |
| Photos | No | Photos | |
| Photo List | | | |

| Inspection Number / Program | UBI / BusLoc | CSHO ID / CSHO Region |
|---|---|---|
| 313393175 / Health | 601791682 / 995971 | U6949 / LEO MELENDEZ-FIGUEROA / 03 |
| Triggering Activity | Account Number | Assignment Type / Site Region |
| 202911004 | 11084300 | Referral / 03 |

| Violation # | Item # | Group | Standard Violated | |
|---|---|---|---|---|
| 1 | 3 | | 296-842-16005(4)(b) | |
| Type | Number of Instances | Number of Workers Exposed | Related Event Code | Related Violation Inspection # |
| S | 1 | 164 | | |
| Abatement # of Days/Date | Immediate Restraint | Egregious | Substance | Abatement Documents Required |
| 11/10/2009 | No | No | | No |
| Date Corrected | Complied During Inspection | Date Verified | How Verified | Date/Time Violation Identified |
| | No | | | 8/5/2009 2:00 PM |
| Statutory Penalty | Asbestos Good Faith | Asbestos # of Days | Severity | Probability |
| No | No | | 5 | 2 |
| Gravity | Gravity Based Penalty | Faith Code/Adj | Size Code/Adj | History Code/Adj |
| 10 | 2500.00 | Average<br>0.00 | 101-250<br>-500.00 | Average<br>0.00 |

| Adjusted Subtotal | Calculated Base | Adjusted Base | Base Applied | Factor Type/Number |
|---|---|---|---|---|
| -500.00 | 2,000.00 | 2,000.00 | 2,500.00 | None |
| **Calculated Penalty** | | | | **Assessed Penalty** |
| 2,500.00 | | | | 2,000.00 |
| **AVD** | The employer did not provide training at least periodically, within twelve months of the previous training for workers who are required to wear respirators.<br><br>Cited for not providing respirator training every twelve months. | | | |
| **Message** | | | | |
| **How Complied** | | | | |
| **Violation Summary Text** | | | | |
| **Documentation** | What was the hazard and location? See Citation 1-2.<br><br>What were the applicable measurements or exposure data? (Make, Model, Serial Number, Height, Etc.) See Citation 1-2<br><br>How are employees exposed to the hazard? See Citation 1-2.<br><br>How long has the hazard existed? More than one year.<br><br>Employee Exposure Information: (Name and Job Title) See Citation 1-1.<br><br>What did employee(s) say about this violation/hazard? Not aware of that was a violation of the code.<br><br>What did management say about this violation/hazard? Management became aware of the violation when discussed during the records review. Mr. McHatton acknowledged that they do not have conducted training within the last twelve months. | | | |
| **Severity** | Severity 5:Exposure to tuberculosis bacteria carries the risk of long term cummulative adverse health effects to the lungs and pleural lining. Employees maybe expose to OPIM. | | | |
| **Probability** | Frequency of exposure/number of employees exposed: daily<br>Employee proximity to the hazard: May transport detainees with active tuberculosis cases<br>Employee skill level: High from annual training<br>Employee awareness of the hazard: High<br>Pace/speed/nature of task/work:<br>Use of personal protective equipment: N95 respirators<br>Other mitigating factors:Workers not fit tested annually for respirator usage | | | |
| **Good Faith** | The employer's awareness of the Act: Yes.<br>Were efforts made to comply with safety standards before the inspection? No.<br>Did the employer promptly abate violations during the inspection? No.<br>The employer's cooperation/attitude during the inspection: Good.<br>The employer's overall attempts to implement safety and health in the workplace: Average. Provided PPE. Lack of annual respirator training and fit testing. | | | |
| **History** | Previous inspection history: No previous inspections.<br><br>Incident history:<br>EXPR CXPR<br>1.0170 1.0170 | | | |
| **Photos** | No | **Photos** | | |
| **Photo List** | | | | |

| Inspection Number / Program | UBI / BusLoc | CSHO ID / CSHO Region |
|---|---|---|
| 313393175 / Health | 601791682 / 995971 | U6949 / LEO MELENDEZ-FIGUEROA / 03 |
| **Triggering Activity** | **Account Number** | **Assignment Type / Site Region** |
| 202911004 | 11084300 | Referral / 03 |

| Violation # | Item # | Group | Standard Violated | |
|---|---|---|---|---|
| 1 | 4 | | 296-800-11045 | |
| **Type** | **Number of Instances** | **Number of Workers Exposed** | **Related Event Code** | **Related Violation Inspection #** |
| S | 1 | 164 | | |
| **Abatement # of Days/Date** | **Immediate Restraint** | **Egregious** | **Substance** | **Abatement Documents Required** |
| 11/10/2009 | No | No | | No |
| **Date Corrected** | **Complied During Inspection** | **Date Verified** | **How Verified** | **Date/Time Violation Identified** |
| | No | | | 8/5/2009 2:00 PM |
| **Statutory Penalty** | **Asbestos Good Faith** | **Asbestos # of Days** | **Severity** | **Probability** |
| No | No | | 5 | 4 |
| **Gravity** | **Gravity Based Penalty** | **Faith Code/Adj** | **Size Code/Adj** | **History Code/Adj** |
| 20 | 5000.00 | Average 0.00 | 101-250 -1,000.00 | Average 0.00 |
| **Adjusted Subtotal** | **Calculated Base** | **Adjusted Base** | **Base Applied** | **Factor Type/Number** |
| -1,000.00 | 4,000.00 | 4,000.00 | 5,000.00 | None |
| **Calculated Penalty** | | | | **Assessed Penalty** |
| 5,000.00 | | | | 4,000.00 |
| **AVD** | Custodial staff working in the NORTHWEST DETENTION CENTER were potentially exposed to Mycobacterium tuberculosis (TB) when transporting detainees to clinic to the TB Isolation unit. Incorporated for reference is CDC guidelines for employee training and respiratory protection (www.cdc.gov/mmwr/preview/mmwrhtml/rr5509a1.htm). Cited for employer lacking a GEO Group TB Control policy program, no annual risk assessment, no evaluations of engineering controls (isolation rooms, detainees screening policy, isolation policy, description of laboratory services, discharge/transfer planning and contact investigation procedures. | | | |
| **Message** | | | | |
| **How Complied** | | | | |
| **Violation Summary Text** | | | | |
| **Documentation** | What was the hazard and location? Custodial staff had access to this area. While the employer provided N95 type respirators for workers in this unit, none were annually fit-tested for these respirators to ensure their effectiveness. The employer did not address TB hazards or protective methods as a matter of written policy. No formal, integrated program in place. Exposure to tuberculosis has potentially serious adverse health effects including death.<br><br>What were the applicable measurements or exposure data? (Make, Model, Serial Number, Height, Etc.) The employer did not address TB hazards or protective methods | | | |

| | |
|---|---|
| | as a matter of written policy. No formal, integrated program in place. Exposure to tuberculosis has potentially serious adverse health effects including death.<br><br>How are employees exposed to the hazard? When working transporting detainees potentially infected to Mycobacterium tuberculosis (TB).<br><br>How long has the hazard existed? See Citation 1-2.<br><br>Employee Exposure Information: (Name and Job Title) See Citation 1-1.<br><br>What did employee(s) say about this violation/hazard? Not aware of the hazard.<br><br>What did management say about this violation/hazard? GEO Group management maintained that they follow USPHS/ICE policies but unable to document or provide documents for review. Mr. McHatton admitted that the follow some procedures but he could not provide written documentation. |
| Severity | Severity 5: Exposure to tuberculosis bacteria carries the risk of long term cummulative adverse health effects to the lungs and pleural lining. |
| Probability | Frequency of exposure/number of employees exposed: daily<br>Employee proximity to the hazard: May transport detainees with active tuberculosis cases<br>Employee skill level: High from annual training<br>Employee awareness of the hazard: High<br>Pace/speed/nature of task/work:<br>Use of personal protective equipment: N95 respirators<br>Other mitigating factors:Workers not fit tested annually for respirator usage |
| Good Faith | The employer's awareness of the Act: Yes.<br>Were efforts made to comply with safety standards before the inspection? No.<br>Did the employer promptly abate violations during the inspection? No.<br>The employer's cooperation/attitude during the inspection: Good.<br>The employer's overall attempts to implement safety and health in the workplace: Average. Provided PPE. Lack of Annual respirator fit testing. |
| History | Previous inspection history: No previous inspections.<br><br>Incident history:<br>EXPR CXPR<br>1.0170 1.0170 |
| Photos | No | Photos | |
| Photo List | |

| Inspection Number / Program | UBI / BusLoc | CSHO ID / CSHO Region |
|---|---|---|
| 313393175 / Health | 601791682 / 995971 | U6949 / LEO MELENDEZ-FIGUEROA / 03 |
| Triggering Activity | Account Number | Assignment Type / Site Region |
| 202911004 | 11084300 | Referral / 03 |

| Violation # | Item # | Group | Standard Violated | |
|---|---|---|---|---|
| 2 | 1 | | 296-823-11010 | |
| Type | Number of Instances | Number of Workers Exposed | Related Event Code | Related Violation Inspection # |
| G | 1 | 164 | | |
| Abatement # of Days/Date | Immediate Restraint | Egregious | Substance | Abatement Documents Required |
| 11/10/2009 | No | No | | No |

| Date Corrected | Complied During Inspection | Date Verified | How Verified | Date/Time Violation Identified |
|---|---|---|---|---|
|  | No |  |  | 8/5/2009 2:00 PM |
| **Statutory Penalty** | **Asbestos Good Faith** | **Asbestos # of Days** | **Severity** | **Probability** |
| No | No |  | N/A | N/A |
| **Gravity** | **Gravity Based Penalty** | **Faith Code/Adj** | **Size Code/Adj** | **History Code/Adj** |
| N/A | 0.00 | N/A<br>0.00 | N/A<br>0.00 | N/A<br>0.00 |
| **Adjusted Subtotal** | **Calculated Base** | **Adjusted Base** | **Base Applied** | **Factor Type/Number** |
| 0.00 | 0.00 |  |  |  |
| **Calculated Penalty** |  |  |  | **Assessed Penalty** |
| 0.00 |  |  |  | 0.00 |
| **AVD** | The employer did not make sure the exposure control plan is reviewed and updated:<br><br>Cited for not making sure the exposure control plan was reviewed and updated reflecting new or modified tasks and procedures which affect occupational exposure.<br><br>-- At least annually<br>AND<br>-- Whenever necessary to:<br><br>- Reflect new or modified tasks and procedures which affect occupational exposure<br>- Reflect new or revised job classifications with occupational exposure.<br>- Reflect changes in technology that eliminate or reduce exposure to bloodborne pathogens<br>- Document consideration and implementation of appropriate commercially available and effective safer medical devices designed to eliminate or minimize occupational exposure. |
| **Message** | Be sure to include in the Exposure Control Plan:<br><br>1. An exposure determination<br>2. How employees can access the ECP<br>3. Definitions be consistent with the application of 296-823<br>4. A procedure for evaluating the circumstances of an exposure incident<br>5. Need more specific references, e.g. where is says that staff must use universal precautions there should be a direct reference to policy 2.1.4. Better yet describe universal precautions in the ECP. Update to the use of Standard Precautions.<br>6. A clear explanation as to how employees access HBV vaccination. Need to include direction regarding the LHCP written recommendation. Are post-vaccination antibody titers provided? Declination statement?<br>7. Include engineering controls used<br>8. Policy 2.1.4 regarding disposal of contaminated sharps in the clinic setting - this directive focused on health care providers. It is not helpful to corrections officers and should be directed in describing the procedures on how to handle found syringes or devices detainees may have used to cut themselves or assault others.<br>9. Need procedures and direction regarding work practice controls. e.g. body search procedures.<br>10. Need hand washing procedures<br>11. No eating, drinking area direction<br>12. Need laundry handling procedures. Is also not clear to me how contaminated uniforms or personal clothing is laundered. There is a reference to placing in a yellow bag but then does the employee take home to wash?<br>13. Re: PPE need a direct reference to 2.1.4 or include policies in the ECP. Did they do A PPE assessment? Where is PPE located?<br>14. The ECP says that a post-exposure evaluation is made available at the request of the employee. It is the employer's duty to provide not the employee's duty to request. |

| | |
|---|---|
| | The ECP says test results should be available with 5 days, the CDC recommends 24 hours. Nothing in there about the LHCP written recommendation. Not clear as to how medical records are managed.<br>15. Need a section on signs and labels<br>16. There is a sharps injury log but nothing in the ECP about this. |
| **How Complied** | |
| **Violation Summary Text** | |
| **Documentation** | What was the hazard and location? Employees are exposed to Bloodborne Pathogens (BBP) and body fluids that may contain other potential infections materials (OPIM) when transporting and managing detainees. Observed by the inspector during the review of records that the written exposure plan is outdated and have missing elements at the NORTHWEST DETENTION CENTER.<br><br>What were the applicable measurements or exposure data? (Make, Model, Serial Number, Height, Etc.) Lack of an updated Exposure Control Plan. Employees potential exposed to BBP and OPIM.<br><br>How are employees exposed to the hazard? Custodial employees not having updated written exposure plan to eliminate or reduce exposure to BBP and OPIM.<br><br>How long has the hazard existed? More than a year. Reviewed copy was dated 2006.<br><br>Employee Exposure Information: (Name and Job Title)<br>See Violation 1-1.<br><br>What did employee(s) say about this violation/hazard? They get annual BBP and infection control training. Unaware of the written updated exposure plan requirement.<br><br>What did management say about this violation/hazard?Mr. McHatton acknowledged the lack of an updated written exposure control plan. The required updates, development and implementation of a written exposure control plan was discussed with Mr. McHatton. |
| **Severity** | |
| **Probability** | |
| **Good Faith** | |
| **History** | |
| **Photos** | No |  | **Photos** | |
| **Photo List** | |

| Inspection Number / Program | UBI / BusLoc | CSHO ID / CSHO Region |
|---|---|---|
| 313393175 / Health | 601791682 / 995971 | U6949 / LEO MELENDEZ-FIGUEROA / 03 |
| **Triggering Activity** | **Account Number** | **Assignment Type / Site Region** |
| 202911004 | 11084300 | Referral / 03 |
| **Violation #** | **Item #** | **Group** | **Standard Violated** |
| 2 | 2 | | 296-800-13020(1) |
| **Type** | **Number of Instances** | **Number of Workers Exposed** | **Related Event Code** | **Related Violation Inspection #** |
| G | 1 | 164 | | |
| **Abatement # of Days/Date** | **Immediate Restraint** | **Egregious** | **Substance** | **Abatement Documents Required** |
| 11/10/2009 | No | No | | No |

| Date Corrected | Complied During Inspection | Date Verified | How Verified | Date/Time Violation Identified |
|---|---|---|---|---|
|  | No |  |  | 8/5/2009 2:30 PM |
| **Statutory Penalty** | **Asbestos Good Faith** | **Asbestos # of Days** | **Severity** | **Probability** |
| No | No |  | N/A | N/A |
| **Gravity** | **Gravity Based Penalty** | **Faith Code/Adj** | **Size Code/Adj** | **History Code/Adj** |
| N/A | 0.00 | N/A<br>0.00 | N/A<br>0.00 | N/A<br>0.00 |
| **Adjusted Subtotal** | **Calculated Base** | **Adjusted Base** | **Base Applied** | **Factor Type/Number** |
| 0.00 | 0.00 |  |  |  |
| **Calculated Penalty** |  |  |  | **Assessed Penalty** |
| 0.00 |  |  |  | 0.00 |
| **AVD** | Employer did not ensure the safety committee have employee-elected and employer-selected members.<br>Cited for not ensuring that a current safety committee of employee-elected members selected for a maximum of one year were in place.<br><br>Please note:<br><br>The following are the required topics to discuss at Safety meetings:<br><br>Review safety and health inspection reports to help correct safety hazards.<br>Evaluate the accident investigations conducted since the last meeting to determine if the cause(s) of the unsafe situation was/were identified and corrected.<br>Evaluate your workplace accident and illness prevention program and discuss recommendations for improvement, if needed.<br>There are no formal documentation requirements for safety meetings except for writing down who attended and the topics discussed.<br>Document attendance.<br>Write down subjects discussed. ||||
| **Message** | ||||
| **How Complied** | ||||
| **Violation Summary Text** | ||||
| **Documentation** | What was the hazard and location? The employer did not ensure that the safety committee was operational as required by WAC 296-800-13020 at the NORTHWEST DETENTION CENTER. Safety meetings reduce accidents and help prevent injuries. Accident prevention programs ensure that employees are properly trained and that they know what the company requirements are for a safe and healthful work place. The program also documents and informs employees how and when to report injuries and illnesses, where the first aid kits are located and how to respond in an emergency situation. It also would include safety meeting documentation, which is a helpful tool to communicate safety concerns to the employees. An accident prevention program helps to prevent accidents, illnesses and injuries on the job.<br><br>What were the applicable measurements or exposure data? (Make, Model, Serial Number, Height, Etc.) Inspector observed employer records. No evidence of employee-elected members.<br><br>How are employees exposed to the hazard? Lack of employer current guidelines and instructions to prevent injuries or illness and when they work in the Northwest Detention Center.<br><br>How long has the hazard existed? More than 1 year.. ||||

| | |
|---|---|
| | Employee Exposure Information: (Name and Job Title) See citation 1-1. |
| | What did employee(s) say about this violation/hazard? Employees not aware of the violation. |
| | What did management say about this violation/hazard? Mr. McHatton and Mr. Hocke acknowledged that they do not have Safety Committee with employee-elected members. |
| **Severity** | |
| **Probability** | |
| **Good Faith** | |
| **History** | |
| **Photos** | No     **Photos** |
| **Photo List** | |

Total Penalty: $10,000.00