# EXHIBIT 3



## Financial Summary

[Refresh]

Financial Summary

**CSHO ID:**
Region

**SUPV ID:**
Region

                                                             Hide Header Info

| UBI | Account | Inspection |
|---|---|---|
| 601791682 | 11084300 | 313393175 |
| Legal / DBA Name | | |
| GEO GROUP INC (THE) NORTHWEST DETENTION CENTER/THE GEO GROUP | | |
| CSHO / Program Code | Site Region / CSHO Region | File Location |
| U6949 LEO MELENDEZ-FIGUEROA / H | 03 / 03 | Central Files |

| C&N Issued | Delivery Date | Appeal Due By | CNR 30 Days | CNR 45 Days | CNR 75 Days |
|---|---|---|---|---|---|
| 10/8/2009 | 10/15/2009 | 11/5/2009 | | | |

| CNR Issued | Delivery Date | Final Order Flag | Appeal Level / Appeal Flag | |
|---|---|---|---|---|
| | | Y | BIIA / N | |
| Type of Order | Decision Date | Assessed Penalty | Final Penalty | |
| BIIA Order/Settlement Agreement | 9/29/2010 | $10,000.00 | $5,000.00 | |

| Site Address | Mailing Address |
|---|---|
| 1623 E J St<br>Tacoma, WA 98421 | Attn Kathy Chiarello<br>The Geo Group Inc<br>621 NW 53rd St Ste 70<br>Boca Raton, FL 33487 |

Login to ARC          Citation Appeal Information

| | | | |
|---|---|---|---|
| Total Assessed Penalty: | $10,000.00 | Total Final Penalty + Int and Fees: | $5,050.00 |
| Total Paid: | $5,050.00 | Balance Owed: | $0.00 |
| ARC Status: | Final - Paid in Full - 12/21/2010 | RO Assigned: | Collections Education and Outreach |
| Due Date: | 11/5/2009 | | |

*back to top*

Exhibit 3, Page 1 of 1