# EXHIBIT 4



**STATE OF WASHINGTON**
## DEPARTMENT OF LABOR AND INDUSTRIES
*Division of Occupational Safety and Health*
*PO Box 44600 • Olympia, Washington 98504-4600*

| | |
|---|---|
| September 24, 2020 | OSHA #: 1475384 |
| | Inspection: 317959381 |
| GEO SECURE SERVICES LLC | UBI: 603274879 |
| GEO CORRECTIONS & DENTENTION | Region: 3-Safety |
| 4955 Technology Way | Inspector ID: V9237 |
| Boca Raton, FL  33431 | Reference: 209480526 |

Dear Employer:

Enclosed are the results of the safety and health inspection of your workplace.  This packet contains:

- **Citation Invoice** – The total assessed penalty is $48,000.00
- **Citation and Notice of Assessment** –Washington Administrative Code (WAC) Violations.
- **Employer Appeal Rights** – You have 15 working days to appeal this citation.

You must immediately post this Citation and Notice of Assessment at or near where the violation(s) occurred, where employees can easily find and read it, or where employees normally receive posted information. All postings must remain until you have corrected all violations, or for three working days, whichever is longer. "Working day" means a calendar day, except Saturdays, Sundays and all legal state holidays.

Because this inspection is public information, the result will be posted online 30 days after the above date by the Department of Labor & Industries. You may view it at **https://secure.lni.wa.gov/verify** .

**Please visit www.lni.wa.gov/PublicRecords if you would like to request a copy of the inspection file. Your choices are:**

- Safety & Health Citation Only
- Safety & Health Brief Inspector Summary Report (short description the inspector writes to summarize the reason for the inspection only – not complete file)
- Safety & Health Detailed Inspection Summary Report (detailed summary of inspection including penalty calculation only – not complete file)
- Safety & Health Citation and Complete Inspection File (The complete legal file which contains the detailed information regarding the inspector's findings, the citation, and calculation of any penalty. This will be especially helpful if you are contemplating filing an appeal.)

**If you have questions, call the compliance supervisor, Nicholas Deuel, at (253) 596-3814.**

Respectfully,


L&I Assistant Director
Division of Occupational Safety & Health

Enclosure(s)

**Exhibit 4, Page 1 of 9**



# Invoice

## Inspection: 317959381

| UBI: | 603274879 | Issued: | September 24, 2020 |
| Legal Name: | GEO SECURE SERVICES LLC | Opening Conference: | April 29, 2020 |
| DBA Name: | GEO CORRECTIONS & DENTENTION | Closing Conference: | August 21, 2020 |
| Inspection Site: | 1623 East J Street, Nw Detention Ctr #214, Tacoma, WA, 98421 | Inspector ID: | V9237 |

## Summary of Assessed Penalties Due

The Citation and Notice of Assessment includes a full description of each violation.

| Violation Item | Violation Type | WAC | Correction Due Date | Penalty Amount |
|---|---|---|---|---|
| 1-1 | Serious | WAC 296-809-20002 | Corrected | $6,000.00 |
| 1-2 | Serious | WAC 296-809-50002(2) | Corrected | $6,000.00 |
| 1-3 | Serious | WAC 296-809-50012(1)(a) | Corrected | $6,000.00 |
| 1-4 | Serious | WAC 296-809-20004(1) | Corrected | $6,000.00 |
| 1-5 | Serious | WAC 296-809-50014(1)(a) | Corrected | $6,000.00 |
| 1-6 | Serious | WAC 296-809-30002(1) | Corrected | $6,000.00 |
| 1-7a | Serious | WAC 296-809-40002(2) | Corrected | $6,000.00 |
| 1-7b | Serious | WAC 296-809-40004(1) | Corrected | $0.00 |
| 1-8 | Serious | WAC 296-809-50004(6) | Corrected | $6,000.00 |

**Total Penalty Due** — $48,000.00

**PAYMENT INFORMATION**

**Payment is due 15 working days from receipt of this citation.**

Make check payable to the Department of Labor and Industries.

Write Inspection number 317959381 on the check and mail to:

Attn: **DOSH Cashier**
**Department of Labor and Industries**
**PO Box 44835**
**Olympia, WA 98504-4835**
Or deliver to: **Any L&I office**



**Post This Document**

# Citation and Notice of Assessment
## Inspection:  317959381

| | |
|---|---|
| **UBI:** 603274879 | **Issued:** September 24, 2020 |
| **Legal Name:** GEO SECURE SERVICES LLC | **Opening Conference:** April 29, 2020 |
| **DBA Name:** GEO CORRECTIONS & DENTENTION | **Closing Conference:** August 21, 2020 |
| **Inspection Site:** 1623 East J Street, Nw Detention Ctr #214 Tacoma, WA  98421 | **Inspector ID:** V9237 |

## Violation 1 Item 1                                                                                            Violation Type:  Serious
WAC 296-809-20002

The employer did not identify all permit-required confined spaces in your workplace.

Employees entered permit-required confined space to perform the non-routine task of searching for missing equipment inside the commercial trash compactor.

Employees entering permit-required confined spaces may be exposed to potential physical or atmospheric hazardous conditions resulting in serious injuries or death.

> **This violation was corrected during the inspection.**
> **Assessed penalty:     $6,000.00**

## Violation 1 Item 2                                                                                            Violation Type:  Serious
WAC 296-809-50002(2)

The employer did not complete an entry permit before entry was authorized, documenting that the means, procedures and practices necessary for safe entry and work into permit-required confined spaces.

Two employees entered the trash compactor, a permit-required confined space, to search for missing equipment from the kitchen.

Employees may be exposed to physical hazards such as caught inside the compactor or atmospheric hazards that may result in serious injuries or death.

> **This violation was corrected during the inspection.**
> **Assessed penalty:     $6,000.00**



**Post This Document**

# Citation and Notice of Assessment
## Inspection: 317959381

**Violation 1 Item 3**                                                                                          Violation Type:  Serious
WAC 296-809-50012(1)(a)

The employer did not evaluate hazards for safe entry by testing for atmospheric hazards prior to entry into permit-required confined spaces.

Two employees entered the trash compactor, which is a permit-required confined space, to search for equipment that went missing from the kitchen.

Employees may be exposed to potential hazardous atmospheres resulting in serious injuries or death.

> **This violation was corrected during the inspection.**
> **Assessed penalty:     $6,000.00**

**Violation 1 Item 4**                                                                                          Violation Type:  Serious
WAC 296-809-20004(1)

The employer did not inform employees of permit-required confined spaces.

Two employees entered the trash compactor, a permit-required confined space (PRCS), to search for equipment that was missing from the kitchen area.

Without informing employees of all PRCSs, employees may be exposed to potential physical or atmospheric hazardous conditions resulting in serious injuries or death.

> **This violation was corrected during the inspection.**
> **Assessed penalty:     $6,000.00**

**Violation 1 Item 5**                                                                                          Violation Type:  Serious
WAC 296-809-50014(1)(a)

The employer did not make sure there was adequate rescue and emergency services available during their permit-required confined space entry operations.

Two employees entered the trash compactor to search for equipment that had gone missing from the kitchen.

Employees may be exposed to potential hazardous atmospheres or physical hazards resulting in serious injuries or death.

> **This violation was corrected during the inspection.**
> **Assessed penalty:     $6,000.00**

Exhibit 4, Page 4 of 9



**Post This Document**

**Citation and Notice of Assessment**
**Inspection: 317959381**

**Violation 1 Item 6**                                                                 Violation Type:  Serious
WAC 296-809-30002(1)

The employer did not identify and evaluate the hazards of the SC-T1-20-HTG Self Contained trash compactor in their written program.

As the employer; you must develop a written program, before employees enter confined spaces, that describes the means, procedures, and practices you use for the safe entry of permit-required confined spaces.
The following must be included in the written program.

(a) Documentation of permit entry procedures.
(b) Designation of employees that have active roles, including; attendants, competent persons, entrants, entry supervisors, rescuers, program administrator,
or those who test or monitor the atmosphere in a permit-required space.
(c) Identification of each designated employee's duties.
(d) Training employees on their designated roles.
(e) How to identify and evaluate hazards.
(f) Use and maintenance of equipment.
(g) How to prevent unauthorized entry.
(h) How to coordinate entry with another employer.
(i) How to rescue entrants.

Without a complete written program, employees may not be informed and could unknowingly expose themselves to potential hazardous atmospheres or physical hazards resulting in serious injuries or death.

**This violation was corrected during the inspection.**
**Assessed penalty:      $6,000.00**

4

Exhibit 4, Page 5 of 9



**Post This Document**

# Citation and Notice of Assessment
## Inspection: 317959381

**Violation 1 Item 7a**                                                                                           Violation Type: Serious
WAC 296-809-40002(2)

The employer did not provide confined space training to affected employees that entered into a permit-required confined space.

Two employees entered the trash compactor to search for equipment that had gone missing from the kitchen.

Without a training, employees may not be informed and could unknowingly expose themselves to potential hazardous atmospheres or physical hazards resulting in serious injuries or death.

> **This violation was corrected during the inspection.**
> **Assessed penalty:     $6,000.00**

**Violation 1 Item 7b**                                                                                           Violation Type: Serious
WAC 296-809-40004(1)

The employer did not certify employee proficiency for employees that entered into a permit-required confined space.

Two employees entered the trash compactor to search for equipment that had gone missing from the kitchen.

If proficiency is not certified, employees may not be informed and could unknowingly expose themselves to potential hazardous atmospheres or physical hazards resulting in serious injuries or death.

> The violations above have been grouped because they involve similar or related hazards that may increase the potential for illness or injury resulting from an exposure or accident. A single penalty is applied to the first item in the group.

> **This violation was corrected during the inspection.**
> **Assessed penalty:     Included in Violation 1 Item 7A**

5

Exhibit 4, Page 6 of 9



**Post This Document**

# Citation and Notice of Assessment
## Inspection: 317959381

**Violation 1 Item 8**                                                                                      Violation Type:  Serious
WAC 296-809-50004(6)

The employer did not complete an entry permit before entry was authorized, documenting that the means, procedures and practices necessary for safe entry and work into permit-required confined spaces.

Two employees entered the trash compactor, a permit-required confined space, to search for missing equipment from the kitchen.

Employees may be exposed to physical hazards such as caught inside the compactor or atmospheric hazards that may result in serious injuries or death.

**This violation was corrected during the inspection.**
**Assessed penalty:     $6,000.00**



**Post This Document**

# Appeal Rights
## Inspection: 317959381

## For Employers

If you are cited for a violation of Occupational Safety and/or Health rules, you have the right to appeal the citation. **You have 15 working days from the date you receive this citation to appeal.** (RCW 49.17.140(1)) "Working day" means a calendar day, except Saturdays, Sundays and all legal state holidays. Your appeal must be in writing. It may be mailed, faxed, personally delivered or electronically filed. If you electronically file, the Department will send an automated acknowledgement that the appeal was received. **If you do not receive acknowledgement, please ensure you have addressed it to the correct email.** You can also contact the Appeals Program at the number listed below.

For violations classified as serious, willful, repeat serious, or failure to abate serious, an employer must correct the violations by the date listed on the Citation and Notice / Employer's Certification of Abatement form unless a stay of abatement date is requested in the appeal as described on this page. A stay of abatement date means the employer's requirement to abate or correct the hazard is put on hold until the appeal is resolved. All general and repeat general violations under appeal automatically have stay of abatement dates until a final order on those violations has been issued. If you only need an extension of an abatement date, please see the above section entitled, **"If you are unable to fix the hazard(s) by the correction due date(s)".**

**Your appeal must include:**
- Name, address, telephone number, and fax number if available of the employer who is appealing, and for the employer's representative, if any, such as an attorney or interpreter.
- Inspection Number (You will find this nine-digit number in the top right corner of this page.)
- Statement explaining:
  1. What you think is wrong with the citation and any related facts.
  2. How you think the citation should be changed.
  3. What relief you are seeking and why.

**If you are requesting a stay of abatement date for serious, willful, repeat serious or failure to abate serious, you must also include:**
- Each violation and item number for which a stay of abatement date is requested; and
- The reason for the stay of abatement date request.

Note: Employees and/or employee representatives may elect to participate in appeal hearings.

## Posting requirement:
You must post your appeal documents (along with this citation packet) until the appeal is resolved.
You must also post all other documents related to this appeal.

## For Employees or Their Representatives

If your employer is cited, you may only appeal the correction due date(s).

## Your appeal must include:

- Your name, address, telephone number, and fax number if available and the same information for anyone who is representing you, if any.
- Inspection number.
- Statement explaining why the correction due date should be changed.

| **Send all appeals to:** |
|---|
| **Assistant Director for DOSH** <br> **Attn: Appeals Program** <br> **PO Box 44604** <br> **Olympia, WA 98504-4604** <br> Fax to: **(360) 902-5581** or deliver to: **Any L&I office** <br> Electronically to: DOSHAppeals@Lni.wa.gov <br><br> For more information call the Appeals Program: **(360) 902-5486.** |

**Exhibit 4, Page 8 of 9**

GEO SECURE SERVICES LLC
GEO CORRECTIONS & DENTENTION
4955 Technology Way
Boca Raton, FL 33431

GEO SECURE SERVICES LLC
GEO CORRECTIONS & DENTENTION
4955 Technology Way
Boca Raton, FL 33431