# EXHIBIT 5

9/1/2020     L&I WIN - Enforcement Information

# Inspection Summary Report

RECEIVED SEP 0 3 2020

**DOSH REGION 3**

## Inspection Information

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number | Special Tracking |
|---|---|---|---|---|
| 317959381 / Safety | 209480526 | 603274879 / 1376281 | 11084303 | |
| **Establishment DBA / Legal Name** | **Legal Entity** | **Assignment Type** | **Site Region** | **Inspection Scope** |
| GEO CORRECTIONS & DENTENTION / GEO SECURE SERVICES LLC | Limited Liability Corp | Complaint | 1055330 | Partial |
| **CSHO ID / CSHO Name** | **CSHO Region** | **Target List / Rank** | **On List** | **OSHA Inspection Number** |
| V9237 / LUIS VILLALVA | 1055330 | None | N | 1475384 |
| **Primary NAICS** | **Primary NAICS Description** | | | |
| 561210 | FACILITIES SUPPORT SERVICES | | | |
| **Site NAICS** | **Site NAICS Description** | | | |
| 561210 | FACILITIES SUPPORT SERVICES | | | |
| **Site Address** | **Mailing Address** | | | |
| GEO CORRECTIONS & DENTENTION<br>1623 East J Street<br>Nw Detention Ctr #214<br>Tacoma, WA 98421<br>Phone: (561) 999-7459<br>Email: gwenk@geogroup.com | GEO CORRECTIONS & DENTENTION<br>4955 Technology Way<br>Boca Raton, FL 33431<br>Phone: (561) 999-7544 | | | |

## Violation List

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number |
|---|---|---|---|
| 317959381 / Safety | 209480526 | 603274879 / 1376281 | 11084303 |
| **Establishment DBA / Legal Name** | **Assignment Type / Site Region** | **CSHO / CSHO Region** | |
| GEO CORRECTIONS & DENTENTION / GEO SECURE SERVICES LLC | Complaint / 1055330 | V9237 LUIS VILLALVA / 1055330 | |

| Violation | Item | Group | Type | Standard | Penalty | Instances | Abatement Days/Date | Date Corrected | Quick Fix |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | S | 296-809-20002 | 6,000.00 | 1 | | 7/10/2020 | No |
| 1 | 2 | | S | 296-809-50002(2) | 6,000.00 | 1 | | 7/10/2020 | No |
| 1 | 3 | | S | 296-809-50012(1)(a) | 6,000.00 | 1 | | 7/10/2020 | No |
| 1 | 4 | | S | 296-809-20004(1) | 6,000.00 | 1 | | 7/10/2020 | No |
| 1 | 5 | | S | 296-809-50014(1)(a) | 6,000.00 | 1 | | 7/10/2020 | No |
| 1 | 6 | | S | 296-809-30002(1) | 6,000.00 | 1 | | 7/10/2020 | No |
| 1 | 7 | a | S | 296-809-40002(2) | 6,000.00 | 1 | | 7/10/2020 | No |
| 1 | 7 | b | S | 296-809-40004(1) | 0.00 | 2 | | 7/10/2020 | No |
| 1 | 8 | | S | 296-809-50004(6) | 6,000.00 | 2 | | 7/10/2020 | No |

Total Penalty: $48,000.00

## Inspection Summary

9/1/2020        L&I WIN - Enforcement Information

Opening Conference with Bruce Scott, Assistant Facility Administrator and Valerie Johnson, HR Manager on 29 Apr 20
Closing Conference with Bruce Scott, Assistant Facility Administrator, Stephen Langford, Facility Administrator, and Wilson Eaton, Attorney on 21 Aug 20

This inspection was initiated as a result of complaint/referral 209480526 addressing the following hazards:

4/23/2020
1. Employees entering a large commercial sized trash compactor without proper protective equipment.
2. Employees were exposed to several inches of liquid waste from the trash.
3. Employees are also required to purchase their own protective equipment.

5/22/20
4. Employees required to work in areas without providing proper fitting personal protective equipment, potential exposure to infectious disease
5. Pat searches are required and the only PPE provided is nitrile gloves when a puncture hazard exists.

Permission was granted to proceed on-site, the opening conference was conducted and all elements of the 1A were explained; a walk-around inspection was performed including photos and interviews. All safety documents were reviewed and most were found do be in order.

As a result of the inspection, the department proposes the following violations.

1-1 296-809-20002: Did not identify confined space
1-2 296-809-50002(2): No procedures for safe entry into a permit-required confined space
1-3 296-809-50012(1)(a): Did not conduct atmospheric testing
1-4 296-809-20004(1): Did not inform employees of the permit-required confined space
1-5 296-809-50014(1)(a): No rescue plan when entering a permit required confined space
1-6 296-809-30002(1): Incomplete confined space program
1-7a 296-809-40002(2): Employee training not provided
1-7b 296-809-40004(1): Employee proficiency not certified
1-8 296-809-50004(6): Entry Permit not filled out.

CSHO Signature    Date    1SEP20

Supervisor Signature    Date    9/2/2020

Edward J Gly    9/2/20

Reviewer Signature    Date

# Washington State Department of Labor & Industries
## Division of Occupational Safety and Health
### Inspection Worksheet (1A)

MS 44600

**Inspection #:** 317959381
**CSHO ID(s):** V9237
**Credentials presented?** ☒ Yes ☐ No
**Date of Entry:** 29 APR 20
**Time of Entry:** 1102

**Business name:** GEO GROUP NORTHWEST DET CENTER

**Consent Statement**
"My name is _____. I am an inspector for the Washington State Department of Labor and Industries. I am here to conduct a workplace safety and health inspection. Do I have your consent to enter the premises?" (The CSHO will show credentials while getting consent.)

**Site Address:** 1623 EAST J STREET
NW DETENTION CTR #244
TACOMA, WA 98421

**Employer Rep (first and last name):** BRUCE SCOTT

**Denied by (first and last name):**

**Mailing Address:** 4955 TECHNOLOGY WAY
BOCA RATON, FL 33411

If, and only if, the owner or his/her authorized representative does not affirmatively respond to the above requests for consent to enter, the inspector will then state: "Thank you, the state may seek a warrant for entry into the premises from a court of competent jurisdiction and such a warrant may be issued to permit me to enter the premises."

**Date/Time denied:**
**Re-entry Date/Time:**

**Phone #:** 253 396 1611
**Alternate Phone #:** 253 8306 4874
**Consent/Denial Response:** "Yes"
**E-mail:** WILSON@YOUNGLAWMS.COM
**UBI:** 603274879
**Temp EEs?** ☐ Yes ☒ No

**EEs on site:** 350
**EEs Covered:** 350
**EEs in USA:**

UNION NOT NAT

**ER Reps**

| Name | Title | OC | WA | CC | EE Reps Requested ☒ Yes Participated: Name | Title | OC | WA | CC |
|---|---|---|---|---|---|---|---|---|---|
| BRUCE SCOTT | ASST FAC ADMIN | X | X | X | DAN | | | | |
| VALERIE JOHNSON | HR MGR | X | | | | | | | |
| STEPHEN LANGFORD | FAC ADMIN | | | X | | | | | |
| WILSON EATON | ATTORNEY | | | X | | | | | |

**Employees Interviewed:** ☒ Yes ☐ No How many?
**Union:** SEIU STAFF IS UNIONIZED
SFOFA
**Address:**
**Local #:** 883
**Phone:** 253 229 0334

**Opening Conference – Date:** 29, APR, 20 **Time:** 1137
**Closing Conference – Date:** 21, AUG, 20 **Time:** 1031

☒ Explain WISH Act and DOSH
☒ Department can provide standards, posters, logs
☒ Confidentiality of trade secrets SECURITY OF FAC
☒ Request written programs
☒ Request copy of OSHA 300/300A
☒ Explain walk around procedure
☒ Interview employees in private
☒ Discrimination against EEs
☒ Walk around pay
☒ Closing conference will be held
☒ Do you have minors (17 or under) working for you? [yes] (no)
☒ Explain violations/penalties may result
☒ Inquire of other PPE/safety requirements for inspector (list below) "NO"

☒ Discuss hazards observed
☒ Proposed violations and their severity
☒ Penalties may be assessed (explain calculation)
☒ Subject to further review
☒ Set reasonable abatement periods
☐ Explain extension of abatement
☒ Advise results will be issued
☒ Post citation/results
☒ Explain proof of correction requirements
☒ Results of failure to correct
☒ Availability of consultation and risk management services after abatement period
☒ Variance (if applicable)
☒ Appeal rights (15 working days after receipt)
☒ Stay of abatement

**Shape sheet included:** ☐ Yes ☒ No
**State worksheet included:** ☐ Yes ☐ No
**ICP Provided:** ☐ Yes ☒ No
**Closing Conference Review provided:** ☐ Yes ☐ No
**Complaint/referral provided:** ☒ Yes ☐ No

Last updated: Aug. 2019

317959381

**Exhibit 5, Page 3 of 4**



| | |
|---|---|
| **Complaint Number:** | 209480526                    OSHA #:  1583960 |
| **Region:** | 1055330 |
| **UBI/Account Number:** | 603274879 / 11084303 |
| **Employer Legal Name:** | GEO SECURE SERVICES LLC |
| **Employer DBA Name:** | GEO CORRECTIONS & DENTENTION |
| **Site Address:** | 1623 East J Street<br>Nw Detention Ctr #214<br>Tacoma, WA 98421 |
| **Mailing Address:** | 4955 Technology Way<br>Boca Raton, FL  33431 |
| **Management Official:** | |
| **Telephone Number** | |
| **Type of Business:** | |

## Notice of Alleged Safety or Health Hazards

| Hazard Severity | CSHO Assigned | Due Date | Number of Days |
|---|---|---|---|
| Serious | V9237 | 5/14/2020 | 15 |

### Hazard and Location Description

4/23/2020
Employees entering a large commercial sized trash compactor without proper protective equipment. Compactor was full of food waste, employees were exposed to several inches of liquid waste from the trash. Employees are also required to purchase their own protective equipment.

5/22/20
Employees required to work in areas without providing proper fitting personal protective equipment, specifically, in the Medical area
Detainees are housed with infectious diseases and properly fitting protective equipment is not provided.
Pat searches are required and the only PPE provided is nitrile gloves when a puncture hazard exists.

317959381    4

**Exhibit 5, Page 4 of 4**