# EXHIBIT 6



# Financial Summary

[ Refresh ]

**Financial Summary**

**CSHO ID:**
Region

**SUPV ID:**
Region

Hide Header Info

| UBI | Account | Inspection |
|---|---|---|
| 603274879 | 11084303 | 317959381 |

| Legal / DBA Name |||
|---|---|---|
| GEO SECURE SERVICES LLC <br> GEO CORRECTIONS & DENTENTION |||

| CSHO / Program Code | Site Region / CSHO Region | File Location |
|---|---|---|
| V9237 LUIS VILLALVA / S | 03 / 03 | Central Files |

| C&N Issued | Delivery Date | Appeal Due By | CNR 30 Days | CNR 45 Days | CNR 75 Days |
|---|---|---|---|---|---|
| 9/24/2020 | 9/28/2020 | 10/19/2020 | 11/25/2020 | 12/18/2020 | 2/3/2021 |

| CNR Issued | Delivery Date | Final Order Flag | Appeal Level / Appeal Flag ||
|---|---|---|---|---|
| 2/2/2021 | 2/5/2021 | Y | BIIA / N ||

| Type of Order | Decision Date | Assessed Penalty | Final Penalty |
|---|---|---|---|
| BIIA Order/Settlement Agreement | 8/17/2021 | $48,000.00 | $36,000.00 |

| Site Address | Mailing Address |
|---|---|
| 1623 East J Street <br> Nw Detention Ctr #214 <br> Tacoma, WA 98421 | 4955 Technology Way <br> Boca Raton, FL 33431 |

Login to ARC   Citation Appeal Information

Total Assessed Penalty: $48,000.00           Total Final Penalty + Int and Fees: $36,000.00

**Total Paid:** **$36,000.00**           Balance Owed: $0.00

ARC Status: Final - Adjustment - 9/7/2021           RO Assigned: Collections Education and Outreach

Due Date: 9/8/2021

*back to top*

Exhibit 6, Page 1 of 1