# EXHIBIT 7

# Inspection Summary Report

RECEIVED
FEB 0 3 2020
DOSH REGION 3

## Inspection Information

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number | Special Tracking |
|---|---|---|---|---|
| 317960904 / Health | 203407476 | 603274879 / 1376281 | 11084303 | Coronavirus Disease |

| Establishment DBA / Legal Name | Legal Entity | Assignment Type | Site Region | Inspection Scope |
|---|---|---|---|---|
| GEO CORRECTIONS & DENTENTION / GEO SECURE SERVICES LLC | Limited Liability Corp | Referral | 1055330 | Partial |

| CSHO ID / CSHO Name | CSHO Region | Target List / Rank | On List | OSHA Inspection Number |
|---|---|---|---|---|
| R1500 / ZAKARY REIMANN | 1055330 | None | N | 1494692 |

| Primary NAICS | Primary NAICS Description |
|---|---|
| 561210 | FACILITIES SUPPORT SERVICES |

| Site NAICS | Site NAICS Description |
|---|---|
| 561210 | FACILITIES SUPPORT SERVICES |

| Site Address | Mailing Address |
|---|---|
| GEO CORRECTIONS & DENTENTION<br>1623 East J Street<br>Nw Detention Ctr #214<br>Tacoma, WA 98421<br>Phone: (561) 999-7459<br>Email: gwenk@geogroup.com | GEO CORRECTIONS & DENTENTION<br>4955 Technology Way<br>Boca Raton, FL 33431<br>Phone: (561) 999-7544 |

## Violation List

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number |
|---|---|---|---|
| 317960904 / Health | 203407476 | 603274879 / 1376281 | 11084303 |

| Establishment DBA / Legal Name | Assignment Type / Site Region | CSHO / CSHO Region |
|---|---|---|
| GEO CORRECTIONS & DENTENTION / GEO SECURE SERVICES LLC | Referral / 1055330 | R1500 ZAKARY REIMANN / 1055330 |

| Violation | Item | Group | Type | Standard | Penalty | Instances | Abatement Days/Date | Date Corrected | Quick Fix |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | S | 296-842-17005(1) | 3,300.00 | 2 | 30 | | No |
| 1 | 2 | | S | 296-842-22015 | 3,300.00 | 1 | 30 | | No |
| 1 | 3 | | S | 296-842-17005(2) | 3,300.00 | 1 | 30 | | No |
| 1 | 4 | | S | 296-800-11005 | 6,600.00 | 1 | | 9/25/2020 | No |
| 2 | 1 | | G | 296-842-16005(5) | 0.00 | 1 | 30 | | No |

Exhibit 7, Page 1 of 5

| 2 | 2 | | G | 296-842-12005(2) | 0.00 | 1 | 30 | | No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Penalty: $16,500.00 | | | | | |

## Inspection Summary

An attempt was made to open an inspection on September 18, 2020. CSHOs R1500 and L1500 entered through the reception area and were taken to the administration area. The CSHOs were informed that ICE would not allow anyone to enter the detention facility at that time. The inspection was not initiated at this time.

An opening conference was held on September 25, 2020 at 10:12am with Geo Group Secure Services. The CSHOs were allowed to remain in the administration, reception, and visiting areas only and would not enter the detention facility without obtaining a warrant. CSHO L1500 was present for the opening conference. Other individuals present include: Steve Langford (Facility Administrator), Bruce Scott (Facility Administrator), and Scott Deloney (Fire Safety). There were an additional 2 participants via phone: Phil Dugger (VP Regional Management) and Danny Foster (Local 883 Union President).

The inspection was initiated because of a referral alleging that:

1. N95 respirators are no longer provided to employees handling chemical agents.
Finding: N95 respirators are not used when handling chemical agents. Full-face respirators are used when handling chemical agents. Shared full-face respirators are not maintained, cleaned, or inspected in accordance with the standards. Fit testing is done for employees. Medical records are kept for employees that are required to use a respirator. The written respiratory program and training programs lacked guidance on respirator use an maintenance for Officers. 5 violations proposed.

A complaint was received during the inspection process (September 29, 2020) alleging that:

2. Employee refusal to wear face covering in the reception area.
Finding: At the time of inspection not all employees were required to wear face coverings. The employer has since provided updated policies to require use of face coverings for all employees and entrants. Violation proposed.

3. Guards and employees remove face coverings after completing work tasks.
Finding: Employees are allowed to remove face coverings only for eating or drinking. Employees may take lunch breaks in their own office if it is a single-occupant room and they are alone. There are additional spaces for other employees to eat lunch where 6 feet of distance between people can be maintained. Violation proposed.

4. Guards and employees do not social distance after completing work tasks.
Finding: Employees are encouraged to maintain 6 feet of distance between people. Sometimes this is not possible because of the need to interact with the detainees. Employer has taken steps to create floor markings to indicate 6 feet of distance in areas where many employees may be present. Floor markings were observed when the opening conference was done (9-25-2020). The employer has also provided signage and email communication to remind employees to maintain 6 feet of distance Signage was also observed by CSHOs when on-site for the opening conference. Additional photographic evidence was provided via email on October 12, 2020. Violation proposed.

5. Food delivery drivers/maintenance contractors enter without face coverings.
Finding: At the time of the inspection all entrants were required to wear face coverings. At the time of inspection (9-25-2020) there was a delivery of pizza at the front entrance. Those delivery drivers were observed to be wearing face coverings. Employee interviews on 9-25-2020 confirmed that all visitors are required to wear face coverings. Employer provided updated COVID-19 policy during the inspection, which included face covering requirements for all entrants and all employees, including delivery drivers and maintenance workers. Updated COVID-19 policy was provided on October 27, 2020. Previous to this policy, some employees were not required to wear face coverings. Violation proposed.

6. Employer not requiring face coverings
Finding: At the time of inspection, not all employees were required to use face coverings. Approximately 50% of administrative employees were observed to not be wearing face coverings. Employer has provided updated policy on the use of face coverings and all employees are now required to wear face coverings. Violation proposed.

7. Contact with detainees without face coverings on.
Finding: Employees confirmed that detainees are provided face coverings and hand sanitizer. Violation proposed.

8. Guards are escorting individuals (detainees and visitors) throughout the building, but do not wear masks while doing so.
Finding: At the time of inspection, CSHOs R1500 and L1500 were escorted through the building by an employee that was not wearing a face covering. Violation proposed.

At the end of the opening conference no walkaround was done. Two employees were interviewed. Photos were taken of respirators and cartridges. Respiratory protection program, fit test records, hazard communication, chemical inventory list, and COVID-19 policy/procedure documentation were requested via email from Mr. Bruce Scott.

On October 29, 2020 at 2:00pm three more employees were interviewed by phone. Mr. Bruce Scott hosted the call, but was not present during employee interviews. CSHO G2135 was also present for those interviews.

On November 23, 2020 at 2:30pm Mr. Wilson Eaton and Mr. Bruce Scott met with CSHO R1500, by phone, to discuss the second complaint.

On December 1, 2020 CSHO R1500 emailed additional questions about the respiratory program to Mr. Wilson Eaton, which were forwarded to Mr. Scott Deloney for response. Mr. Deloney is the fire and safety representative for the Tacoma location. Mr. Eaton provided those responses to CSHO R1500 via email on December 11, 2020.

The following violations are proposed:
1.1 (S) Respirator cartridges expired November 2017 and are still in use for CERT and non-CERT employee use WAC 296-842-17005(1)
1.2 (S) Respirator cleaning procedures are not complaint with the necessary steps required in the WAC. Respiratory cleaning fails cover removal/replacement of parts, inspection of cartridges, cleaning agent, and required steps outlined in Table 20. WAC 296-842-22015
1.3 (S) Respirator cleaning schedule is not congruent with Table 8 for shared respirator use. WAC 296-842-17005(2)
1.4 (S) COVID-19: Employer failed to protect employees sufficiently from Coronavirus. Employer failed to require face covering use and failed to follow guidelines in Dosh Directive 1.70. WAC 296-800-11005
2.1 (G) Respirator training does not ensure employee competence in respirator use and maintenance. WAC 296-842-16005(5)
2.2 (G) Respiratory Protection Program fails to identify anticipated hazards and fails to require respirators to protect employees from identified hazards. WAC 296-842-12005(2)

_____  1·11·21
CSHO Signature    Date

_____  1/14/21
Supervisor Signature    Date

_____  _____
Reviewer Signature    Date

| Division of Occupational Safety and Health | Washington State Department of Labor & Industries | Inspection Worksheet (1A) |
|---|---|---|
| MS 44600 | | |

| Inspection # | CSHO ID(s) | Credentials presented? | Date of Entry | Time of Entry |
|---|---|---|---|---|
| 317960904 | R1500, L1500 | ☒ Yes ☐ No | 9·18·20 | 2:00pm |

Business name: Geo Secure Services

Site Address: 1623 East J St
NW Detention Center #214
Tacoma, WA 98421

Mailing Address: 4955 Technology Way
Boca Raton, FL 33431

Consent Statement
"My name is _____. I am an inspector for the Washington State Department of Labor and Industries. I am here to conduct a workplace safety and health inspection. Do I have your consent to enter the premises?" (The CSHO will show credentials while getting consent.)

Employer Rep: (first and last name) Steve Langford
Denied by: (first and last name)

If, and only if, the owner or his/her authorized representative does not affirmatively respond to the above requests for consent to enter, the inspector will then state: "Thank you, the state may seek a warrant for entry into the premises from a court of competent jurisdiction and such a warrant may be issued to permit me to enter the premises."

| Date/Time denied | Re-entry Date/Time |
|---|---|
| 2:15pm, 9·18·20 | 9:36am, 9·25·20 |

| Phone # | Alternate Phone # | Consent/Denial Response |
|---|---|---|
| 253.396.1611 | | No, you do not       Okay |

E-mail: bscott@geogroup.com
UBI: 603274819
Temp EEs? ☐ Yes ☒ No

| EEs on site | EEs Covered | EEs in USA |
|---|---|---|
| 350 | 350 | 500+ |

| ER Reps Name | Title | OC | WA | CC | EE Reps Requested ☐ Yes Participated: Name | Title | OC | WA | CC |
|---|---|---|---|---|---|---|---|---|---|
| Steve Langford | Facility Admin | X | | | Danny Foster | union president | X | | X |
| Phil Dugger | UPRM | X | | | Marc Johnson | union VP | | | X |
| Bruce Scott | Ass. Facility Admin | X | | | | | | | |
| Scott Deloney | Fire + Safety | X | | | Wilson Eaton | Legal rep, Geo | | | X |

Employees Interviewed ☒ Yes ☐ No
How many? 5
Union: UGSGA
Address:
Local # 883
Phone: 253 229 0334

Opening Conference – Date: 9/25/2020  Time: 10:12am
Closing Conference – Date: 12/22/2020  Time: 3:26pm

| | | | |
|---|---|---|---|
| ☒ | Explain WISH Act and DOSH | ☒ | Discuss hazards observed |
| ☐ | Department can provide standards, posters, logs | ☒ | Proposed violations and their severity |
| ☒ | Confidentiality of trade secrets | ☒ | Penalties may be assessed (explain calculation) |
| ☒ | Request written programs | ☒ | Subject to further review |
| ☒ | Request copy of OSHA 300/300A | ☒ | Set reasonable abatement periods |
| ☒ | Explain walk around procedure | ☒ | Explain extension of abatement |
| ☐ | Interview employees in private | ☒ | Advise results will be issued |
| ☒ | Discrimination against EEs | ☒ | Post citation/results |
| ☒ | Walk around pay | ☒ | Explain proof of correction requirements |
| ☒ | Closing conference will be held | ☒ | Results of failure to correct |
| ☒ | Do you have minors (17 or under) working for you? [yes] [no] | ☐ | Availability of consultation and risk management services after abatement period |
| ☒ | Explain violations/penalties may result | ☐ | Variance (if applicable) |
| ☐ | Inquire of other PPE/safety requirements for inspector (list below) | ☒ | Appeal rights (15 working days after receipt) |
| | | ☐ | Stay of abatement |

| Shape sheet included | Stute worksheet included | ICP Provided | Closing Conference Review provided | Complaint/referral provided |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☒ Yes ☐ No | ☒ Yes ☐ No |

Last updated: Aug, 2019

**Exhibit 7, Page 4 of 5**



**Washington State Department of Labor & Industries**
Division of Occupational Safety and Health

**Division of Occupational Safety and Health Referral**

| | |
|---|---|
| Referral Number: | 203407476 |
| Region: | 1055330 |
| UBI/Account Number: | 603274879 / 11084303 |
| Employer Legal Name: | GEO SECURE SERVICES LLC |
| Employer DBA Name: | GEO CORRECTIONS & DENTENTION |
| Site Address: | 1623 East J Street<br>Nw Detention Ctr #214<br>Tacoma, WA 98421 |
| Mailing Address: | 4955 Technology Way<br>Boca Raton, FL 33431, |
| Type of Business: | Detention Center |

## Alleged Safety or Health Hazards

| Hazard Severity | CSHO Assigned | Due Date | Number of Days |
|---|---|---|---|
| Serious | R1500 | 9/25/2020 | 15 |

## Hazard and Location Description

Potential N95 use for chemical agents/improper PPE use. Employees used to be able to use N95s for chemical agent exposure but since the pandemic the N95s have been taken and are only issued for potential Covid-19 exposures.