# EXHIBIT 9



# WISHA Information Network

## Financial Summary

[Refresh]

Financial Summary

**CSHO ID:**
Region

**SUPV ID:**
Region

⊟ *Hide Header Info*

| UBI | Account | Inspection |
|---|---|---|
| 603274879 | 11084303 | 317960904 |

| Legal / DBA Name |
|---|
| GEO SECURE SERVICES LLC |
| GEO CORRECTIONS & DENTENTION |

| CSHO / Program Code | Site Region / CSHO Region | File Location |
|---|---|---|
| R1500 ZAKARY REIMANN / H | 03 / 03 | Central Files |

| C&N Issued | Delivery Date | Appeal Due By | CNR 30 Days | CNR 45 Days | CNR 75 Days |
|---|---|---|---|---|---|
| 2/19/2021 | 2/26/2021 | 3/19/2021 | 4/22/2021 | 5/13/2021 | 6/25/2021 |

| CNR Issued | Delivery Date | Final Order Flag | Appeal Level / Appeal Flag |
|---|---|---|---|
| 6/23/2021 | 6/29/2021 | Y | BIIA / N |

| Type of Order | Decision Date | Assessed Penalty | Final Penalty |
|---|---|---|---|
| BIIA Order/Settlement Agreement | 8/17/2022 | $16,500.00 | $15,000.00 |

| Site Address | Mailing Address |
|---|---|
| 1623 East J Street<br>New Detention Ctr #214<br>Tacoma, WA 98421 | 4955 Technology Way<br>Boca Raton, FL 33431 |

*Login to ARC*      Citation Appeal Information

| | | | |
|---|---|---|---|
| Total Assessed Penalty: | $16,500.00 | Total Final Penalty + Int and Fees: | $15,000.00 |
| Total Paid: | $15,000.00 | Balance Owed: | $0.00 |
| ARC Status: | Final - Paid in Full - 10/24/2022 | RO Assigned: | Collections Education and Outreach |
| Due Date: | 9/8/2022 | | |

*back to top*