# EXHIBIT 10

# Inspection Summary Report

## Inspection Information

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number | Special Tracking |
|---|---|---|---|---|
| 317965491 / Safety | 203409623 | 603274879 / 1376281 | 11084303 | Coronavirus Disease |

| Establishment DBA / Legal Name | Legal Entity | Assignment Type | Site Region | Inspection Scope |
|---|---|---|---|---|
| GEO CORRECTIONS & DETENTION / GEO SECURE SERVICES LLC | Limited Liability Corp | Referral | 03 | Partial |

| CSHO ID / CSHO Name | CSHO Region | Target List / Rank | On List | OSHA Inspection Number |
|---|---|---|---|---|
| F6689 / EVA GLOSSON | 03 | None | N | 1551472 |

| Primary NAICS | Primary NAICS Description |
|---|---|
| 561210 | FACILITIES SUPPORT SERVICES |

| Site NAICS | Site NAICS Description |
|---|---|
| 561210 | FACILITIES SUPPORT SERVICES |

| Site Address | Mailing Address |
|---|---|
| GEO CORRECTIONS & DETENTION<br>1623 East J Street<br>Nw Detention Ctr #214<br>Tacoma, WA 98421<br>Phone: (561) 999-7459<br>Email: gwenk@geogroup.com | GEO CORRECTIONS & DETENTION<br>4955 Technology Way<br>Boca Raton, FL 33431<br>Phone: (561) 999-7544<br>Email: gwenk@geogroup.com |

## Violation List

| Inspection Number / Program | Triggering Activity | UBI / Bus Loc | Account Number |
|---|---|---|---|
| 317965491 / Safety | 203409623 | 603274879 / 1376281 | 11084303 |

| Establishment DBA / Legal Name | Assignment Type / Site Region | CSHO / CSHO Region |
|---|---|---|
| GEO CORRECTIONS & DETENTION / GEO SECURE SERVICES LLC | Referral / 03 | F6689 EVA GLOSSON / 03 |

| Violation | Item | Group | Type | Standard | Penalty | Instances | Abatement Days/Date | Date Corrected | Quick Fix |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | S | 296-800-15030 | 6,600.00 | 1 | 3/21/2022 | | No |

Total Penalty: $6,600.00

## Inspection Summary

Opening Conference: 1 SEP 2021 with GEO Compliance Administrator Steven Miskimens, CSHO F6689
Closing Conference: 28 JAN 2022 with F6689 and GEO Site Administrator Bruce Scott, and GEO hired counsel from Gunster Joseph Santoro

Inspection Background: The GEO group manages the Northwest U.S. Immigration & Customs Enforcement (ICE) Processing Center located in Tacoma, WA. The ICE Processing Center is a minimum, medium and maximum security center that opened in 2004 with capacity for 1,575 immigrant detainees. A referral was received to open an inspection due to a COVID-19 outbreak at the facility and improper use of cleaning chemicals at the facility. During the inspection additional complaints were received regarding lack of training to clean toilets and showers, and about a COVID fatality.

Inspection Findings: The Department (DOSH) is notified any time a facility has 10 or more employees who have

COVID-19. At the time of the opening conference, GEO reported nine (9) positive staff members. The facility has mandatory screening for all employees entering the facility at the beginning of their shift which includes a temperature check (must be below 100.4), symptom checklist, and questions on if they have been around anyone with symptoms/who has tested positive. If an employee fails any portion of the screening check, or if they begin to feel ill during the work day, they are sent home to quarantine for 14 days. The facility also follows contact tracing guidelines for if a coworker falls ill during the workday or develops symptoms after leaving for the day. There are also rapid tests for any persons entering who are unvaccinated or for anyone who begins experiencing symptoms while on the premises. After the winter holidays a second COVID breakout hit the facility with upwards of 18 staff members reporting COVID positive tests to GEO Group. The COVID fatality that was reported to the Department through a complaint was not of a GEO officer but of an ICE Federal Officer, which was communicated by GEO Facilities Administrator and their legal representative Joseph Santoro (Gunster) and also confirmed through the Labor and Industries claims department.

Regarding chemical use at the facility, the two main cleaners are GS Neutral and Sani T 10 Plus. GS Neutral is the every day cleaner that is used around the facility and the Sani T 10 Plus is used to clean the tables before the meals. The chemicals are used by both the officers and the detainees. Officers are responsible for changing out the concentrated bottles into the closed loop system that are used to make the diluted every day cleaner. There are no eye wash stations in the janitorial closets where these systems are housed. Officers were asked to clean the toilets and showers after GEO discontinued its voluntary detainee worker program however GEO has since hired a janitorial contractor to assist with cleaning tasks. Officers have received basic hazard communication and bloodborne pathogen training and have access to personal protective equipment.

Based on reading the written programs, employee interviews, and a site walk, the following citation is proposed:

**SERIOUS:**
1-1 WAC 296-800-15030 Make sure emergency washing facilities are functional and readily accessible.

---

_____  _____
CSHO Signature           Date

_____  _____
Supervisor Signature     Date

_____  _____
Reviewer Signature       Date