# EXHIBIT 11

 **WISHA Information Network**

# Financial Summary

[Refresh]

Financial Summary

**CSHO ID:**
Region

**SUPV ID:**
Region

*Hide Header Info*

| UBI | Account | Inspection |
|---|---|---|
| 603274879 | 11084303 | 317965491 |

| Legal / DBA Name |
|---|
| GEO SECURE SERVICES LLC |
| GEO CORRECTIONS & DETENTION |

| CSHO / Program Code | Site Region / CSHO Region | File Location |
|---|---|---|
| F6689 EVA GLOSSON / S | 03 / 03 | Central Files |

| C&N Issued | Delivery Date | Appeal Due By | CNR 30 Days | CNR 45 Days | CNR 75 Days |
|---|---|---|---|---|---|
| 2/16/2022 | 2/22/2022 | 3/15/2022 | 4/25/2022 | 5/16/2022 | 6/29/2022 |

| CNR Issued | Delivery Date | Final Order Flag | Appeal Level / Appeal Flag |
|---|---|---|---|
| 4/15/2022 | 4/18/2022 | Y | Department / N |

| Type of Order | Decision Date | Assessed Penalty | Final Penalty |
|---|---|---|---|
| CNR | 4/15/2022 | $6,600.00 | $3,300.00 |

| Site Address | Mailing Address |
|---|---|
| 1623 East J Street<br>Nw Detention Ctr #214<br>Tacoma, WA 98421 | 4955 Technology Way<br>Boca Raton, FL 33431 |

Login to ARC                             Citation Appeal Information

Total Assessed Penalty: $6,600.00        Total Final Penalty + Int and Fees: $3,436.46

Total Paid: $3,436.46                    Balance Owed: $0.00

ARC Status: Final - Paid in Full - 10/21/2022        RO Assigned: Collections Education and Outreach

Due Date: 5/6/2022

back to top

Exhibit 11, Page 1 of 1