The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF LABOR AND INDUSTRIES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GEO SECURE SERVICES, LLC, THE GEO GROUP, INC.,<br><br>　　　　　　　　　Defendants. | NO. 3:24-cv-05095-BHS<br><br>JOINT MOTION AND ORDER<br><br>NOTE ON MOTION CALENDAR: MARCH 1, 2024<br><br>CLERK'S ACTION REQUIRED |

JOINT MOTION AND AGREED ORDER
NO. 3:24-CV-05095-BHS

i

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7740

Both the Department of Labor and Industries and GEO jointly request the Court order the Clerk to strike Dkt. #27-9, remove it from the record, and replace it with the attached document. The Department inadvertently filed an unredacted version of GEO's contract with ICE in support of its motion for a preliminary injunction, which contains confidential information subject to a protective order. Instead of Dkt. #27-9, the Department requests the document attached to this joint motion be filed, which is a redacted version of the same contract.

IT IS SO ORDERED, and the Clerk is directed to take the foregoing actions, this 1st day of March, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Ellen Range*
ELLEN RANGE, WSBA 51334
*Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov

ANASTASIA SANDSTROM, WSBA No. 24163
*Senior Counsel*
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
(206) 464-7740
Anastasia.Sandstrom@atg.wa.gov
*Attorneys for Department of Labor and Industries*

*/s/ Harry J. F. Korrell*
Harry J. F. Korrell
John G. Hodges-Howell
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300

JOINT MOTION AND AGREED ORDER
NO. 3:24-CV-05095-BHS

1

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7740

1  Seattle, WA 98104-1610
   (206)757-8080
2  harrykorrell@dwt.com
   jhodgeshowell@dwt.com
3  *Attorneys for GEO*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION AND AGREED ORDER
NO. 3:24-CV-05095-BHS

2

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7740

# CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 1st day of March 2024 at Tumwater, Washington.

/s/ Ellen Range
ELLEN RANGE, WSBA No. 51334
Assistant Attorney General

JOINT MOTION AND AGREED ORDER
NO. 3:24-CV-05095-BHS

3

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7740