The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

WASHINGTON STATE,
DEPARTMENT OF LABOR AND
INDUSTRIES,

                    Plaintiff,

        v.

GEO SECURE SERVICES, LLC,
THE GEO GROUP, INC.,

                    Defendants.

NO. 3:24-cv-05095-BHS

STIPULATED MOTION AND
ORDER TO EXTEND CASE
SCHEDULE ORDER DATES

NOTE ON MOTION CALENDAR:
MARCH 19, 2024

## I.    MOTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(d)(1) and 10(g), the parties to the above-captioned case, by and through their undersigned attorneys, have stipulated to and hereby jointly request the Court's approval of a an extension of time, of sixty (60) days after the Court issues an order deciding Plaintiff's remand motion, to the case schedule deadlines in this matter, and in support thereof, further state as follows:

1.    Plaintiff's Complaint was filed in Pierce County Superior Court on January 30, 2024. Dkt. #1-2 at 6.

2.    The GEO Group, Inc. (GEO) filed a notice of removal on February 2, 2024. Dkt. #1.

STIPULATED MOTION AND
ORDER TO EXTEND CASE
SCHEDULE ORDER DATES  NO.
3:24-cv-05095-BHS

1

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

3.   On February 7, 2024, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions and Early Settlement (Scheduling Order). Dkt. #9.

4.   On February 15, 2024, Plaintiff filed a motion for remand. Dkt. #10. Defendants opposed this motion. Dkt. #31.

5.   On February 20, 2024, Plaintiff filed its Amended Complaint. Dkt. #15.

6.   On February 29, 2024, Plaintiff filed a motion for a preliminary injunction noted for March 22, 2024. Dkt. #23. Defendants oppose this motion. Dkt. #38.

7.   On March 4, 2024, GEO filed its Answer, Assertion of Immunity from Suit, and Defenses to Amended Complaint. Dkt. #30.

8.   The Scheduling Order establishes deadlines of April 23, 2024, for the Fed. R. Civ. P 26(f) conference, April 30, 2024, for exchanging initial disclosures, and May 7, 2024, for filing the Combined Joint Status Report and Discovery Plan.

9.   The undersigned counsel have conferred concerning the length of the aforementioned extension of the Scheduling Order, Dkt. #9, and agree that an additional sixty (60) days following the Court's remand order, will likely be sufficient to allow for counsel to confer and then exchange initial disclosures. Counsel therefore jointly request that all Scheduling Order dates be extended by sixty (60) days following this Court's remand order.

10.   No party will be unfairly prejudiced by such relief. Should this Court remand this matter back to state court, all parties will be saved expenditures and time related to formulating a discovery plan and providing initial disclosures required by Federal Rules of Civil Procedure. Moreover, this extension will not require expenditure of the Court's time or resources.

**WHEREFORE**, the Plaintiff and Defendants jointly request that their Stipulated Motion be granted, that the Court order the Scheduling Order dates be extended by sixty (60) days, following the Court's remand order.

STIPULATED MOTION AND
ORDER TO EXTEND CASE
SCHEDULE ORDER DATES  NO.
3:24-cv-05095-BHS

2

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

## II.    STIPULATION

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that this Court should enter an order providing that:

1.    All dates from the Scheduling Order shall be extended by sixty (60) days, following the Court's order on Plaintiff's Motion for Remand, Dkt. #10, if the Court retains the case.

It is SO AGREED this 19th day of March, 2024.

ROBERT W. FERGUSON
Attorney General

*/s./*Ellen Range
ELLEN RANGE, WSBA No. 51334
*Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov

ANASTASIA SANDSTROM,
WSBA No. 24163
*Senior Counsel*
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
(206) 464-7740
Anastasia.Sandstrom@atg.wa.gov

*Attorneys for Department of Labor and Industries*

/s./Harry J. F. Korrell
HARRY J. F. KORRELL, III
WSBA No. 23173
JOHN G. HODGES-HOWELL,
WSBA No. 42151
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206.622.3150
Email: harrykorrell@dwt.com
Email: jhodgeshowell@dwt.com

SCOTT ALLYN SCHIPMA
Admitted *pro hac vice*
JOSEPH NEGRON, JR.
Admitted *pro hac vice*
4955 Technology Way
Boca Raton, FL 99431
Phone: 561.999.7615
Email: scott.schipma@geogroup.com
Email: jnegron@geogroup.com

*Attorneys for Defendants*
*The Geo Group, Inc. and GEO Secure Services, LLC*

STIPULATED MOTION AND
ORDER TO EXTEND CASE
SCHEDULE ORDER DATES  NO.
3:24-cv-05095-BHS

3

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

All case deadlines from the Scheduling Order, Dkt. #9, shall be extended by sixty (60) days, following this Court's order on Plaintiff's Motion for Remand, Dkt. #10, if the Court retains the case.

IT IS SO ORDERED.

DATED this 21st day of March, 2024.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER TO EXTEND
CASE SCHEDULE ORDER DATES
NO. 3:24-cv-05095-BHS

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 19th day of March 2024, at Seattle, Washington.

BRITTNEY VALANDINGHAM
Paralegal
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 389-3895
Brittney.Valandingham@atg.wa.gov

STIPULATED MOTION AND
ORDER TO EXTEND CASE
SCHEDULE ORDER DATES  NO.
3:24-cv-05095-BHS

5

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740