The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

DEPARTMENT OF LABOR AND
INDUSTRIES OF THE STATE OF
WASHINGTON,

                              Plaintiff,

        v.

GEO SECURE SERVICES, LLC;
THE GEO GROUP, INC.,

                              Defendants.

Case No. 3:24-cv-05095-BHS

JOINT STATUS REPORT AND
STIPULATED PROPOSED
ORDER

## I.    JOINT STATUS REPORT

The Department of Labor and Industries (L&I) and GEO Secure Services, LLC, and

The GEO Group, Inc. (collectively "GEO") report:

1.        Consistent with the July 1, 2024 Order granting the preliminary injunction to

L&I, the parties have conferred several times to try to resolve this dispute.

2.        The parties have agreed that there should be briefing on summary judgment

and for a permanent injunction with the following schedule:

    9/27/24 GEO summary judgment

    10/18/24 L&I response and cross-motion

    11/8/24 GEO response and reply

    11/15/24 L&I reply

STATUS REPORT AND ORDER --
No. 3:24-cv-05095-BHS

1

1    3.    The parties also request that the case scheduling dates in the Order Granting

2    Case Schedule Order Dates, No. 041, as it relates to No. 009, start 60 days after a status report

3    due 15 days past entry of the Order on the parties' dispositive motions, if the matter is not

4    resolved.

5        Signed this 6ᵗʰ day of September, 2024.

6    *Attorneys for Department of Labor and Industries*

7

8    ROBERT W. FERGUSON
     Attorney General

9    /s/Anastasia Sandstrom
     ANASTASIA SANDSTROM, WSBA No. 24163
10   *Senior Counsel*
     800 Fifth Ave., Ste. 2000
11   Seattle, WA 98104
     (206) 464-7740
12   Anastasia.Sandtrom@atg.wa.gov

13   ELLEN RANGE, WSBA No. 51334
     *Assistant Attorney General*
14   7141 Cleanwater Drive SW
     Olympia, WA 98501-0111
15   (360) 586-6314
     Ellen.Range@atg.wa.gov
16

17   *Attorneys for GEO Secure Services, LLC, and The GEO Group, Inc.*

18
     /s/Harry J.F. Korrell
19   Harry J. F. Korrell, WSBA No. 23173
     John G. Hodges-Howell, WSBA No. 42151
20   920 Fifth Avenue, Suite 3300
     Seattle, WA 98104-1610
21   Phone: 206.622.3150
     harrykorrell@dwt.com
22   jhodgeshowell@dwt.com

23

24

25

26

STATUS REPORT AND ORDER --                2
No. 3:24-cv-05095-BHS

1

## II.   ORDER

2      The following briefing schedule shall apply:

3      9/27/24 GEO summary judgment

4      10/18//24 L&I response and cross-motion

5      11/8/24 GEO response and reply

6      11/15/24 L&I reply

7      The case scheduling dates in the Order Granting Case Schedule Order Dates, No. 041,

8  as it relates to No. 009, shall be extended to 60 days past entry of the order deciding the

9  parties' dispositive motions.

10      Signed this 6th day of September 2024

11      _____

12      The Honorable Benjamin H. Settle

13

14  Presented by:

15  *Attorneys for Department of Labor and Industries*

16  ROBERT W. FERGUSON
    Attorney General

17

18   */s/Anastasia Sandstrom*
    ANASTASIA SANDSTROM, WSBA No. 24163

19  *Senior Counsel*
    800 Fifth Ave., Ste. 2000

20  Seattle, WA 98104
    (206) 464-7740

21  Anastasia.Sandstrom@atg.wa.gov

22  ELLEN RANGE, WSBA No. 51334
    *Assistant Attorney General*

23  7141 Cleanwater Drive SW
    Olympia, WA 98501-0111

24  (360) 586-6314
    Ellen.Range@atg.wa.gov

25

26

1    *Attorneys for GEO Secure Services, LLC, and The GEO Group, Inc.*

2    */s/Harry J.F. Korrell*

3    Harry J. F. Korrell, WSBA No. 23173
     John G. Hodges-Howell, WSBA No. 42151

4    920 Fifth Avenue, Suite 3300
     Seattle, WA 98104-1610

5    Phone: 206.622.3150

6    harrykorrell@dwt.com
     jhodgeshowell@dwt.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26