The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DEPARTMENT OF LABOR AND INDUSTRIES OF THE STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>GEO SECURE SERVICES, LLC; THE GEO GROUP, INC.,<br><br>Defendants. | Case Nos. 3:24-cv-05095-BHS<br><br>STIPULATED MOTION AND ORDER ENTERING PERMANENT INJUNCTION<br><br>NOTE ON MOTION CALENDAR: SAME DAY |

## I.  STIPULATION

The Department of Labor and Industries, GEO Secure Services, LLC, and The GEO Group, Inc. stipulate and move as follows:

1. Consistent with the July 1, 2024, Order that granted a preliminary injunction, the Court should enter a permanent injunction, permanently enjoining GEO from denying L&I access to inspect the Northwest ICE Processing Center pursuant to its authority under, and for the limited purposes set forth in RCW 49.17.070.  The court should dismiss Plaintiff's claim under

STIPULATED MOTION AND
ORDER ENTERING
PERMANENT INJUNCTION
No. 3:24-cv-05095-BHS

1

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

HB 1470 Sec. 3, codified at RCW 70.395.050, without prejudice and dismiss Plaintiff's other claims with prejudice.

  2. That this agreement resolves all claims arising from this matter, and any other claim is dismissed. Each side will bear its own costs and fees.

  3. That this Court should retain jurisdiction to enforce or modify this injunction. Dismissal of Plaintiff's claim for contempt from the January 30, 2024 complaint shall not mean that Plaintiff cannot pursue contempt if there is a violation of this permanent injunction.

Stipulated to this 25th day of September, 2024.

*Attorneys for Department of Labor and Industries*

ROBERT W. FERGUSON
Attorney General

*/s/Anastasia Sandstrom*
ANASTASIA SANDSTROM, WSBA No. 24163
*Senior Counsel*
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
(206) 464-7740
Anastasia.Sandtrom@atg.wa.gov

ELLEN RANGE, WSBA No. 51334
*Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov

*Attorneys for GEO Secure Services, LLC, and The GEO Group, Inc.*

*/s/Harry J. F. Korrell*
Harry J. F. Korrell, WSBA No. 23173
John G. Hodges-Howell, WSBA No. 42151
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206.622.3150
harrykorrell@dwt.com
jhodgeshowell@dwt.com

STIPULATED MOTION AND
ORDER ENTERING
PERMANENT INJUNCTION
No. 3:24-cv-05095-BHS

2

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

## II.   ORDER

For the reasons stated in the Court's order granting in part L&I's motion for preliminary injunction, the stipulated motion is granted, and GEO is permanently enjoined from denying L&I access to inspect the Northwest ICE Processing Center pursuant to its authority under, and for the limited purposes set forth in, RCW 49.17.070.  L&I's claim for access under HB 1470 Sec. 3, codified at RCW 70.395.070, is dismissed without prejudice, and its other claims are dismissed with prejudice. Dismissal of Plaintiff's claim for contempt from the January 30, 2024 complaint shall not mean that Plaintiff cannot pursue contempt if there is a violation of this permanent injunction. Each side will bear its own costs and fees.

This Court shall retain jurisdiction to enforce or modify the injunction.

Dated this 25th day of September, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*Attorneys for Department of Labor and Industries*

ROBERT W. FERGUSON
Attorney General

 /s/Anastasia Sandstrom
ANASTASIA SANDSTROM, WSBA No. 24163
*Senior Counsel*
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
(206) 464-7740
Anastasia.Sandtrom@atg.wa.gov

ELLEN RANGE, WSBA No. 51334
*Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov

STIPULATED MOTION AND ORDER ENTERING PERMANENT INJUNCTION
No. 3:24-cv-05095-BHS

3

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740

*Attorneys for GEO Secure Services, LLC, and The GEO Group, Inc.*

*/s/Harry J. F. Korrell*
Harry J. F. Korrell, WSBA No. 23173
John G. Hodges-Howell, WSBA No. 42151
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206.622.3150
harrykorrell@dwt.com
jhodgeshowell@dwt.com

STIPULATED MOTION AND
ORDER ENTERING
PERMANENT INJUNCTION
No. 3:24-cv-05095-BHS

4

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7740